| United States Bankruptcy Court<br>Western District of North Carolina<br>Charlotte Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Korotkov, Yurii,** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Korotkov, Iryna, Pavlovna** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**f/d/b/a Grey Goose, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**a/k/a Iryna Korotkova** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **8440** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **9624** |
| Street Address of Debtor (No. & Street, City, and State):<br>**3012 Twilight Lane**<br>**Monroe, NC** ZIP CODE **28110** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**3012 Twilight Lane**<br>**Monroe, NC** ZIP CODE **28110** |
| County of Residence or of the Principal Place of Business:<br>**Union County** | County of Residence or of the Principal Place of Business:<br>**Union County** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Yurii Korotkov, Iryna Pavlovna Korotkov** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X   **/s/ Matthew H. Crow**         **6/5/2009**<br>     Signature of Attorney for Debtor(s)     Date<br>     **Matthew H. Crow**                **26117** |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes.) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| _____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Yurii Korotkov, Iryna Pavlovna Korotkov |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Yurii Korotkov**

Signature of Debtor  **Yurii Korotkov**

X **s/ Iryna Pavlovna Korotkov**

Signature of Joint Debtor  **Iryna Pavlovna Korotkov**

Telephone Number (If not represented by attorney)

**6/5/2009**
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

</td>
</tr>
<tr>
<td>

| **Signature of Attorney** |
|---|

X **/s/ Matthew H. Crow**

Signature of Attorney for Debtor(s)

**Matthew H. Crow  Bar No. 26117**

Printed Name of Attorney for Debtor(s) / Bar No.

**The Crow Law Firm**

Firm Name

**315 North Main Street Suite B**

Address

**Monroe, NC  28112**

**(704) 283-1175**    **(704) 226-0488**
Telephone Number

**6/5/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

| **Signature of Non-Attorney Petition Preparer** |
|---|

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

</td>
</tr>
<tr>
<td>

| **Signature of Debtor (Corporation/Partnership)** |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

</td>
<td>

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

B6D (Official Form 6D) (12/07)

In re  Yurii Korotkov   Iryna Pavlovna Korotkov _____ .      Case No. _____

                               Debtors                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  100043XXXX | | H | **Security Agreement** **2002 BMW X5 4D Sport Utility 3.0i, sport package, power sunroof, rear AC, over 116,000 miles.  VIN# 5UXFA53572LP53763** | | | | 14,111.00 | 4,505.00 |
| **BMW Financial Services** **Bankruptcy Department** **PO Box 3608** **Dublin, OH  43016-0306** **BMW Financial Services** **5500 Britton Parkway** **Hilliard, OH  43026** | | | **VALUE $9,606.00** | | | | | |
| ACCOUNT NO.  589001371XXXX | | H | **Second Lien on Residence** **The amount shown as claimed is the full amount owed.  The debtors will file an adversary lien proceeding in order to treat this debt as unsecured.** | | | | 31,621.00 | 0.00 |
| **EMC Mortgage** **Bankruptcy Department** **PO Box 293150** **Lewisville, TX  75029-3150** **EMC Mortgage** **Bankruptcy Correspondence** **PO Box 660530** **Dallas, TX  75266** **EMC Mortgage** **c/o LCS Financial Services** **6560 Greenwood Plaza Blvd.** **Suite 375** **Englewood, CO  80111** | | | **VALUE $130,000.00** | | | | | |

1    continuation sheets attached

                     Subtotal ➤
                     (Total of this page)

|  |  |
|---|---|
| $    45,732.00 | $    4,505.00 |

                     Total ➤
                     (Use only on last page)

|  |  |
|---|---|
| $ | $ |

                     (Report also on Summary of    (If applicable, report Schedules)    also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  <u>Yurii Korotkov   Iryna Pavlovna Korotkov</u>                          .         Case No.  _____

　　　　　　　　　　　　　　　**Debtors**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **942003624XXXX** | | **H** | | | | | **135,000.00** | **0.00** |
| **Suntrust Mortgage, Inc.**<br>**Bankruptcy Department**<br>**RVW-3003**<br>**PO Box 26149**<br>**Richmond, VA  23260**<br><br>**Suntrust Mortgage**<br>**c/o Nationwide Trustee Services, Inc.**<br>**1587 Northeast Expressway**<br>**Atlanta, GA  30329** | | | **First Lien on Residence**<br>**The amount shown as claimed is the full amount owed.  The arrears through June, 2009 is in the amount of $19,000.00 and will be paid through the chapter 13 petition at no interest; rest will be paid directly.**<br>_____<br>**VALUE $130,000.00** | | | | | |

Sheet no.  <u>1</u> of <u>1</u> continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| **$     135,000.00** | **$          0.00** |

Total  ➤
(Use only on last page)

| | |
|---|---|
| **$     180,732.00** | **$     4,505.00** |

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Yurii Korotkov   Iryna Pavlovna Korotkov**                                         Case No. _____
                                        Debtors                                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Yurii Korotkov    Iryna Pavlovna Korotkov**                          Case No. _____

                                                    Debtors                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▷
(Totals of this page)

| | | |
|---|---|---|
| $ **0.00** | $ **0.00** | $ **0.00** |

Total  ▷
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

| $ **0.00** | | |
|---|---|---|

Total  ▷
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )

| | $ **0.00** | $ **0.00** |
|---|---|---|

B6F (Official Form 6F) (12/07)

In re   **Yurii Korotkov   Iryna Pavlovna Korotkov** _____   Case No. _____

   **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **604244601986XXXX** | | J | Loan of money | | | | 1,084.00 |
| **American General**<br>**PO Box 3121**<br>**Evansville, IN  47731**<br><br><br>**American General**<br>**PO Box 3251**<br>**Evansville, IN  47731-3251**<br><br>**American General**<br>**Elkhorn Plaza**<br>**5311 Elkhorn Boulevard**<br>**Sacramento, CA  95842-2526** | | | | | | | |
| ACCOUNT NO.   **604583150437XXXX** | | W | Charge card purchases | | | | 322.00 |
| **Belk**<br>**Bankruptcy Department**<br>**PO Box 981400**<br>**El Paso, TX  79998**<br><br>**Belk/GE Money Bank**<br>**Attn:  Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA  30076** | | | | | | | |

_12_   Continuation sheets attached

Subtotal  ➤ $ |  1,406.00

Total  ➤ $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yurii Korotkov   Iryna Pavlovna Korotkov**                       Case No. _____
                                      **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6017250057XXXX** | | H | | | | | **12,191.00** |
| **Beneficial Finance Co.** **1730 Dickerson Road** **Dickerson Villiage, Suite 1** **Monroe, NC  28110** **Beneficial** **PO Box 1547** **Chesapeake, VA  23327** **Beneficial** **c/o CCB Credit Services, Inc.** **PO Box 272** **Springfield, IL  62705-0272** **Beneficial** **c/o Creditors Interchange** **PO Box 1335** **Buffalo, NY  14240-1335** | | | **Loan of money** | | | | |
| ACCOUNT NO.   **6013250057XXXX** | | W | | | | | **12,066.00** |
| **Beneficial Finance Co.** **1730 Dickerson Road** **Dickerson Villiage, Suite 1** **Monroe, NC  28110** **Beneficial Finance** **PO Box 1547** **Chesapeake, VA  23327** | | | **Loan of money** | | | | |
| ACCOUNT NO.   **601918037639XXXX** | | W | | | | | **870.00** |
| **Care Credit/GE Money Bank** **Attn:  Bankruptcy Department** **PO Box 103106** **Roswell, GA  30076** | | | **Charge card purchases** | | | | |

Sheet no.  1  of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                              **25,127.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Yurii Korotkov   Iryna Pavlovna Korotkov**   Case No. _____
_____
     Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **13XXXX**<br>**Carolina Diabetes Clinics**<br>**PO Box 947**<br>**Monroe, NC  28111** | | W | **Medical services** | | | | 347.00 |
| ACCOUNT NO.   **81520XXXX**<br>**Carolinas Emergency Group**<br>**5665 New Northside Drive**<br>**Suite 320**<br>**Atlanta, GA  30328** | | W | **Medical services** | | | | 654.00 |
| ACCOUNT NO.   **462120303040XXXX**<br>**Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD  57117**<br><br>**Citibank**<br>**Bankruptcy Correspondence**<br>**PO Box 20487**<br>**Kansas City, MO  64195**<br><br>**Citibank**<br>**c/o Northland Group, Inc.**<br>**PO Box 390846**<br>**Edina, MN  55439**<br><br>**AT&T Universal Card**<br>**c/o Associated Recovery Sys.**<br>**PO Box 469046**<br>**Escondido, CA  92046** | | H | **Charge card purchases** | | | | 5,187.00 |

Sheet no. _2_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $   **6,188.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Yurii Korotkov   Iryna Pavlovna Korotkov** _____      Case No. _____
_____
                **Debtors**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **46212001719XXXX** | | W | | | | | **3,660.00** |
| **Citibank Platinum Select** **PO Box 142319** **Irving, TX  75014-2319** **Citibank** **Bankruptcy Correspondence** **PO Box 20487** **Kansas City, MO  64195** | | | Charge card purchases | | | | |
| ACCOUNT NO.   **607439552414XXXX** | | H | | | | | **3,872.00** |
| **Citifinancial** **Bankruptcy Department** **PO Box 140489** **Irving, TX  75014-0489** **Citifinancial Retail Services** **2035 W. 4th Street** **Tempe, AZ  85281** **Citifinancial** **c/o Regional Adjustment Bureau** **PO Box 34111** **Memphis, TN  38016** **Citifinancial** **c/o Portfolio Recovery** **PO Box 12914** **Norfolk, VA  23541** | | | Loan of money | | | | |
| ACCOUNT NO.   **075XXXX** | | H | | | | | **9,266.62** |
| **Fairchild Medical Center** **Bankruptcy Department** **444 Bruce Street** **Yreka, CA  96097** | | | Medical services | | | | |

Sheet no.  3 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **16,798.62**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yurii Korotkov   Iryna Pavlovna Korotkov** _____    Case No. _____
                                     **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **07XXXX** | | H | | | | | **75.00** |
| **Gary L. Wade, MD** **PO Box 1086** **Yreka, CA  96097** | | | **Medical services** | | | | |
| ACCOUNT NO.   **62XXXX** | | J | | | | | **1,817.05** |
| **Guardian Protection Services** **174 Thorn Hill Road** **Warrendale, PA  15086** **Guardian Protection Services** **c/o National Asset Management** **PO Box 840** **Moon Township, PA  15108** | | | **Services** | | | | |
| ACCOUNT NO.   **603532020086XXXX** | | H | | | | | **1,350.00** |
| **Home Depot Credit Services** **Bankruptcy Section** **PO Box 689100** **Des Moines, IA  50368-9100** **Home Depot Credit Services** **Bankruptcy Department** **PO Box 20483** **Kansas City, MO  64195** **Home Depot Credit Services** **c/o NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA  19044** **Citibank** **c/o Northland Group, Inc.** **PO Box 390905** **Edina, MN  55439** | | | **Charge card purchases** | | | | |

Sheet no.  4  of  12  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $     **3,242.05**

Total  >  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yurii Korotkov   Iryna Pavlovna Korotkov**_____   Case No. _____

**Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **552081000335XXXX** | | H | | | | | **4,196.00** |
| **Home Depot Credit Services Bankruptcy Section PO Box 689147 Des Moines, IA 50368** <br><br> **Home Depot Credit Services Bankruptcy Department PO Box 20483 Kansas City, MO 64195** <br><br> **Citibank c/o Northland Group, Inc. PO Box 390905 Edina, MN 55439** | | | Charge card purchases | | | | |
| ACCOUNT NO.   **700111510614XXXX** | | H | | | | | **4,096.00** |
| **HSBC Bankrutpcy Department PO Box 15521 Wilmington, DE 19850** <br><br> **HSBC c/o Corporate Receivables, Inc. PO Box 32995 Phoenix, AZ 85064-2995** | | | Charge card purchases | | | | |
| ACCOUNT NO.   **82242800536XXXX** | | W | | | | | **811.00** |
| **IPC of North Carolina PO Box 513719 Los Angeles, CA 90051-3719** <br><br> **IPC- The Hospitalists c/o NCO Healthcare 500 N. Central Expressway Suite 300 Plano, TX 75074-6792** | | | Medical services | | | | |

Sheet no. _5_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $   **9,103.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yurii Korotkov   Iryna Pavlovna Korotkov**                              Case No. _____
                                    **Debtors**                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **AP2052XXXX** | | W | | | | | 130.00 |
| **Mid-Atlantic Emergency Patient Financial PO Box 601504 Charlotte, NC  28260**<br><br>**Mid-Atlantic Emergency c/o Absolute Collection Service 421 Fayetteville Street Mall Suite 600 Raleigh, NC  27601** | | | Medical services | | | | |
| ACCOUNT NO.   **33050504511XXXX** | | H | | | | | 198.00 |
| **Northwest Emergency Physicians, Inc. PO Box 740021 Cincinnati, OH  45274**<br><br>**Northwest Emergency Physicians Billing Center 2620 Ridgewood Road, Suite 300 Akron, OH  44313-3527**<br><br>**Northwest Emergency Physicians c/o HRRG PO Box 189053 Plantation, FL  33318-9053** | | | Medical services | | | | |

Sheet no.  6 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **328.00**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Yurii Korotkov___Iryna Pavlovna Korotkov_____     Case No. _____
_____
Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **601859604592XXXXX** | | W | | | | | 1,331.00 |
| **Old Navy**<br>**Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA  30076**<br><br>**Old Navy**<br>**c/o LVNV Funding LLC**<br>**PO Box 10497**<br>**Greenville, SC  29603**<br><br>**Old Navy**<br>**c/o John Lee Jackson**<br>**1445 Langham Creek Drive**<br>**Houston, TX  77084**<br><br>**Old Navy**<br>**c/o Leading Edge Recovery Solutions**<br>**5440 N Cumberland Ave. Suite 300**<br>**Chicago, IL  60656-1490** | | | **Charge card purchases** | | | | |

Sheet no.  7 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                          1,331.00

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yurii Korotkov   Iryna Pavlovna Korotkov** _____   Case No. _____
_____
Debtors                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **39529XXXX, 39529XXXX** | | H | | | | | 508.00 |
| **Presbyterian Hospital Matthews Patient Financial PO Box 31276 Charlotte, NC  28231** | | | **Medical services** | | | | |
| **Presbyterian Hospital Matthews c/o Medical Data Systems 2001 9th Avenue, Suite 312 Vero Beach, FL  32960** | | | | | | | |
| **Presbyterian Hospital Matthews c/o Medical Data Systems, Inc. 1374 S Babcock Street Melbourne, FL  32901** | | | | | | | |
| **Presbyterian Hospital Matthews c/o RMB, Inc. 409 Bearden Park Circle Knoxville, TN  37919** | | | | | | | |
| **Presbyterian c/o RMB 6712 Deane Hill Drive Knoxville, TN  37919** | | | | | | | |

Sheet no.  8 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    508.00

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yurii Korotkov   Iryna Pavlovna Korotkov**
                          Debtors

Case No. _____
                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **403114030096XXXX** | | H | | | | | 4,020.00 |
| **Providian/Washington Mutual Bankruptcy Dept. PO Box 9016 Pleasanton, CA  94566** <br><br> **Washington Mutual c/o Hilco Receivables, LLC One Northbrook Plaza, Suite 415 Northbrook, IL  60062** <br><br> **Chase Cardmember Services Bankruptcy Department PO Box 15298 Wilmington, DE  19850-5298** <br><br> **Hilco Receivables, LLC c/o Dominion Law Associates 222 Central Park Avenue Virginia Beach, VA  23462** | | | Charge card purchases.  Judgment filed in Union County District Court, docket # 08CVD3663, on 1/7/2009. | | | | |
| ACCOUNT NO.  **473509080903XXXX** | | H | | | | | 426.00 |
| **Schools Federal Credit Union PO Box 138000 Sacramento, CA  95813** <br><br> **Schools Federal Credit Union Bankruptcy Department PO Box 31112 Tampa, FL  33631-3112** | | | Charge card purchases | | | | |

Sheet no.  9 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  **4,446.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yurii Korotkov   Iryna Pavlovna Korotkov**                                      Case No. _____
              _____
                          **Debtors**                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **504994811407XXXX** | | H | | | | | 476.00 |
| **Sears Card** **Bankruptcy Department** **PO Box 6922** **The Lakes, NV  8901-6924** **Sears** **Bankruptcy Correspondence** **PO Box 20363** **Kansas City, MO  64195** **Sears** **Bankruptcy Department** **PO Box 6283** **Sioux Falls, SD  57117-6283** | | | Charge card purchases | | | | |
| ACCOUNT NO.   **504994806049XXXX** | | W | | | | | 309.00 |
| **Sears Card** **Bankruptcy Department** **PO Box 6283** **Sioux Falls, SD  57117-6283** **Sears** **Bankruptcy Correspondence** **PO Box 20363** **Kansas City, MO  64195** | | | Charge card purchases | | | | |

Sheet no.  10  of  12  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $                           **785.00**

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Yurii Korotkov   Iryna Pavlovna Korotkov**                     Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **88097245000XXXX** | | | | | | | **10,000.00** |
| **Suntrust Bank PO Box 26149 Richmond, VA  23285-5052** <br><br> **Suntrust Recovery Department PO Box 85041 Richmond, VA  23285** <br><br> **Suntrust c/o Rebecca Leigh, PC 301 S. Greene Street, Suite 201 Greensboro, NC  27401** | | | **Loan of money.  Judgment filed in Union County District Court, docket # 08CVD4474 JMT:001 on 3/20/2009.** | | | | |
| ACCOUNT NO.   **442506000200XXXX** | | W | | | | | **6,331.00** |
| **Suntrust Cardmember Services Bankruptcy Department PO Box 921819 Norcross, GA  30010-1819** | | | **Charge card purchases** | | | | |
| ACCOUNT NO.   **4XXXX** | | H | | | | | **1,109.00** |
| **U.M. Bryner MD, Inc. PO Box 1066 814 North Main Street Yreka, CA  96097** | | | **Medical services** | | | | |

Sheet no. _11_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➢  $        **17,440.00**

Total   ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yurii Korotkov   Iryna Pavlovna Korotkov** _____   Case No. _____
                                    **Debtors**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **482002901601XXXX** | | J | **Charge card purchases** | | | | **4,245.00** |
| **Ukrainian FCU**<br>**824 East Ridge Road**<br>**Rochester, NY  14621**<br><br>**Ukrainian FCU**<br>**Bankruptcy Department**<br>**PO Box 31112**<br>**Tampa, FL  33631** | | | | | | | |
| ACCOUNT NO.  **11031072896XXXX** | | H | **Loan of money** | | | | **986.00** |
| **Wells Fargo Financial**<br>**MAC #F4031-080R**<br>**800 Walnut Street**<br>**Des Moines, IA  50309**<br><br>**Wells Fargo Financial**<br>**Bankruptcy Correspondence**<br>**MAC F4012-011**<br>**4143 121st Street**<br>**Urbandale, IA  50323**<br><br>**Wells Fargo**<br>**2211 Matthews Township, Suite G**<br>**Matthews, NC  28105** | | | | | | | |

Sheet no.  12  of  12  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **5,231.00**

Total  ➤  $  **91,933.67**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Yurii Korotkov
3012 Twilight Lane
Monroe, NC  28110

Suntrust Mortgage
c/o Nationwide Trustee Serv
1587 Northeast Expressway
Atlanta, GA  30329

Beneficial
PO Box 1547
Chesapeake, VA  23327

Iryna Pavlovna Korotkov
3012 Twilight Lane
Monroe, NC  28110

Suntrust Mortgage, Inc.
Bankruptcy Department
RVW-3003
PO Box 26149
Richmond, VA  23260

Beneficial Finance
PO Box 1547
Chesapeake, VA  23327

Matthew H. Crow
The Crow Law Firm
315 North Main Street
Suite B
Monroe, NC  28112

American General
PO Box 3251
Evansville, IN  47731-3251

Beneficial Finance Co.
1730 Dickerson Road
Dickerson Villiage, Suite 1
Monroe, NC  28110

Warren L. Tadlock
Chapter 13 Trustee
4600 Park Road, Suite 101
Charlotte, NC  28209-0201

American General
Elkhorn Plaza
5311 Elkhorn Boulevard
Sacramento, CA  95842-2526

Old Navy
c/o John Lee Jackson
1445 Langham Creek Drive
Houston, TX  77084

BMW Financial Services
Bankruptcy Department
PO Box 3608
Dublin, OH  43016-0306

American General
PO Box 3121
Evansville, IN  47731

Citifinancial
c/o Regional Adjustment Bur
PO Box 34111
Memphis, TN  38016

BMW Financial Services
5500 Britton Parkway
Hilliard, OH  43026

AT&T Universal Card
c/o Associated Recovery Sys
PO Box 469046
Escondido, CA  92046

Citibank
c/o Northland Group, Inc.
PO Box 390846
Edina, MN  55439

EMC Mortgage
c/o LCS Financial Services
6560 Greenwood Plaza Blvd.
Suite 375
Englewood, CO  80111

Home Depot Credit Services
c/o NCO Financial Systems, I
507 Prudential Road
Horsham, PA  19044

Citibank
c/o Northland Group, Inc.
PO Box 390905
Edina, MN  55439

EMC Mortgage
Bankruptcy Correspondence
PO Box 660530
Dallas, TX  75266

Old Navy
c/o LVNV Funding LLC
PO Box 10497
Greenville, SC  29603

Care Credit/GE Money Bank
Attn:  Bankruptcy Departmen
PO Box 103106
Roswell, GA  30076

EMC Mortgage
Bankruptcy Department
PO Box 293150
Lewisville, TX  75029-3150

Belk
Bankruptcy Department
PO Box 981400
El Paso, TX  79998

Carolina Diabetes Clinics
PO Box 947
Monroe, NC  28111

Carolinas Emergency Group
5665 New Northside Drive
Suite 320
Atlanta, GA  30328

Chase Cardmember Services
Bankruptcy Department
PO Box 15298
Wilmington, DE  19850-5298

Citibank
PO Box 6500
Sioux Falls, SD  57117

Citibank
Bankruptcy Correspondence
PO Box 20487
Kansas City, MO  64195

Citibank Platinum Select
PO Box 142319
Irving, TX  75014-2319

Citifinancial
c/o Portfolio Recovery
PO Box 12914
Norfolk, VA  23541

Citifinancial
Bankruptcy Department
PO Box 140489
Irving, TX  75014-0489

Citifinancial Retail Servic
2035 W. 4th Street
Tempe, AZ  85281

Fairchild Medical Center
Bankruptcy Department
444 Bruce Street
Yreka, CA  96097

Presbyterian Hospital Matth
c/o Medical Data Systems, I
1374 S Babcock Street
Melbourne, FL  32901

Gary L. Wade, MD
PO Box 1086
Yreka, CA  96097

Belk/GE Money Bank
Attn:  Bankruptcy Departmen
PO Box 103104
Roswell, GA  30076

Guardian Protection Service
c/o National Asset Manageme
PO Box 840
Moon Township, PA  15108

Guardian Protection Service
174 Thorn Hill Road
Warrendale, PA  15086

Hilco Receivables, LLC
c/o Dominion Law Associates
222 Central Park Avenue
Virginia Beach, VA  23462

Home Depot Credit Services
Bankruptcy Section
PO Box 689100
Des Moines, IA  50368-9100

Home Depot Credit Services
Bankruptcy Department
PO Box 20483
Kansas City, MO  64195

Home Depot Credit Services
Bankruptcy Section
PO Box 689147
Des Moines, IA  50368

HSBC
c/o Corporate Receivables,
PO Box 32995
Phoenix, AZ  85064-2995

HSBC
Bankrutpcy Department
PO Box 15521
Wilmington, DE  19850

Beneficial
c/o CCB Credit Services, In
PO Box 272
Springfield, IL  62705-0272

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

IPC of North Carolina
PO Box 513719
Los Angeles, CA  90051-3719

IPC- The Hospitalists
c/o NCO Healthcare
500 N. Central Expressway
Suite 300
Plano, TX  75074-6792

Mid-Atlantic Emergency
Patient Financial
PO Box 601504
Charlotte, NC  28260

Mid-Atlantic Emergency
c/o Absolute Collection Ser
421 Fayetteville Street Mal
Suite 600
Raleigh, NC  27601

NC Dept. of Revenue
PO Box 1168
Raleigh, NC  27602

Northwest Emergency Physici
Billing Center
2620 Ridgewood Road, Suite 3
Akron, OH  44313-3527

Presbyterian Hospital Matth
Patient Financial
PO Box 31276
Charlotte, NC  28231

Presbyterian Hospital Matth
c/o Medical Data Systems
2001 9th Avenue, Suite 312
Vero Beach, FL  32960

Northwest Emergency Physici
c/o HRRG
PO Box 189053
Plantation, FL  33318-9053

Providian/Washington Mutual
Bankruptcy Dept.
PO Box 9016
Pleasanton, CA  94566

Suntrust
Recovery Department
PO Box 85041
Richmond, VA  23285

Northwest Emergency Physici
PO Box 740021
Cincinnati, OH  45274

Schools Federal Credit Unio
Bankruptcy Department
PO Box 31112
Tampa, FL  33631-3112

Suntrust
c/o Rebecca Leigh, PC
301 S. Greene Street, Suite
Greensboro, NC  27401

Office of the Tax Collector
City of Monroe
PO Box 69
Monroe, NC  28111

Schools Federal Credit Unio
PO Box 138000
Sacramento, CA  95813

Suntrust Bank
PO Box 26149
Richmond, VA  23285-5052

Office of the Tax Collector
Union County
PO Box 38
Monroe, NC  28111

Beneficial
c/o Creditors Interchange
PO Box 1335
Buffalo, NY  14240-1335

Suntrust Cardmember Service
Bankruptcy Department
PO Box 921819
Norcross, GA  30010-1819

Office of the US Attorney
Suite 1700, Carillon Bldg.
227 West Trade St.
Charlotte, NC  28202

Sears
Bankruptcy Department
PO Box 6283
Sioux Falls, SD  57117-6283

U.M. Bryner MD, Inc.
PO Box 1066
814 North Main Street
Yreka, CA  96097

Old Navy
Bankruptcy Department
PO Box 103104
Roswell, GA  30076

Sears
Bankruptcy Correspondence
PO Box 20363
Kansas City, MO  64195

Ukrainian FCU
Bankruptcy Department
PO Box 31112
Tampa, FL  33631

Old Navy
c/o Leading Edge Recovery S
5440 N Cumberland Ave. Suit
Chicago, IL  60656-1490

Sears Card
Bankruptcy Department
PO Box 6283
Sioux Falls, SD  57117-6283

Ukrainian FCU
824 East Ridge Road
Rochester, NY  14621

Presbyterian
c/o RMB
6712 Deane Hill Drive
Knoxville, TN  37919

Sears Card
Bankruptcy Department
PO Box 6922
The Lakes, NV  8901-6924

Warren L. Tadlock
Chapter 13 Trustee
4600 Park Road, Suite 101
Charlotte, NC  28209-0201

Washington Mutual
c/o Hilco Receivables, LLC
One Northbrook Plaza, Suite
Northbrook, IL  60062


Wells Fargo
2211 Matthews Township, Sui
Matthews, NC  28105


Wells Fargo Financial
Bankruptcy Correspondence
MAC F4012-011
4143 121st Street
Urbandale, IA  50323

Wells Fargo Financial
MAC #F4031-080R
800 Walnut Street
Des Moines, IA  50309


Presbyterian Hospital Matth
c/o RMB, Inc.
409 Bearden Park Circle
Knoxville, TN  37919

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:   **Yurii Korotkov   Iryna Pavlovna Korotkov**

Case No. _____

**Debtors**

Chapter __13__

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **4** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   __6/5/2009__

Signed: __s/ Yurii Korotkov__
**Yurii Korotkov**

Dated:   __6/5/2009__

Signed: __s/ Iryna Pavlovna Korotkov__
**Iryna Pavlovna Korotkov**

Signed:   __/s/ Matthew H. Crow__
**Matthew H. Crow**
Attorney for Debtor(s)
Bar no.:            **26117**
**The Crow Law Firm**
**315 North Main Street**
**Suite B**
**Monroe, NC  28112**
Telephone No.:      **(704) 283-1175**
Fax No.:            **(704) 226-0488**
E-mail address:     **mattcrow@carolina.rr.com**

# Hummingbird Credit Counseling and Education, Inc.

## CREDIT COUNSELING CERTIFICATION

Certificate Number: 163531-G181105Q-48

## Yurii Korotkov

I CERTIFY that on June 3, 2009, at 4:35 PM EDT, Yurii Korotkov received from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in North Carolina, Western District, an individual briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared.

Date: _____ June 3, 2009

By: _____ Victoria S. Wright, Esq.

Title: _____ Executive Director of Education

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

# Hummingbird Credit Counseling and Education, Inc.

## CREDIT COUNSELING CERTIFICATION

Certificate Number: ___163531-G181105Q-48___

### Iryna Korotkova

I CERTIFY that on June 3, 2009, at 4:35 PM EDT, Iryna Korotkova received from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in North Carolina, Western District, an individual briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared.

Date: ___June 3, 2009___

By: ___Victoria S. Wright, Esq.___

Title: ___Executive Director of Education___

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Western District of North Carolina

### Charlotte Division

In re **Yurii Korotkov   Iryna Pavlovna Korotkov**          Case No. _____
_____
Debtor(s)                                        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

**B 1D (Official Form 1, Exh. D)  (12/08) – Cont.**

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Iryna Pavlovna Korotkov**
                       **Iryna Pavlovna Korotkov**

Date:   **6/5/2009**

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Western District of North Carolina

### Charlotte Division

In re   **Yurii Korotkov   Iryna Pavlovna Korotkov**                    Case No. _____
_____
Debtor(s)                                                                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

**B 1D (Official Form 1, Exh. D) (12/08) – Cont.**

   ❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ❑ Active military duty in a military combat zone.

  ❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

  **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **s/ Yurii Korotkov**
       **Yurii Korotkov**

Date: **6/5/2009**