**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**IN RE:**

| | |
|---|---|
| YURII KOROTKOV<br>IRYNA PAVLOVNA KOROTKOV<br><br>Debtor(s). | CASE NO. 09-31457<br>CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the firm of Hale Dewey & Knight, PLLC, 88 Union Avenue, Suite 700, Memphis, TN 38103 will represent the interests of BMW Financial Services NA, LLC ("BMW") in the matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for BMW, as follows:

>Stephen P. Hale, Esq.
>Jacob C. Zweig, Esq.
>Hale Dewey & Knight, PLLC
>88 Union Avenue, Suite 700
>Memphis, TN 38103

/s/ Jacob Zweig
Stephen P. Hale, Esq.
Jacob C. Zweig, Esq.
Attorneys for BMW
88 Union Avenue, Suite 700
Memphis, TN 38103
(901) 271-0726
[Blank]

OF COUNSEL:
HALE DEWEY & KNIGHT, PLLC