UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: YURII KOROTKOV
IRYNA PAVLOVNA KOROTKOV

SSN#: XXX-XX-8440
SSN#: XXX-XX-9624    DEBTORS

Case No.  09-31457
Original 341(A) Date: July 23, 2009
Continued 341(A) Date: August 06, 2009

## PROCEEDINGS MEMO - SECTION 341(A) MEETING OF CREDITORS

| Debtor | Joint Debtor |
|---|---|
| Yes [✓]# No [ ]  Sworn/Affirmed and Examined | Yes [✓]# No [ ] |
| Yes [✓]# No [ ]  Personal Identity Confirmed | Yes [✓]# No [ ] |
| Yes [✓]# No [ ]  SSAN Confirmed | Yes [✓]# No [ ] |
| Yes [✓]# No [ ]  Debtor Certification Signed | Yes [✓]# No [ ] |
| Yes [✓]# No [ ]  521(e)(2)(A)(i) Tax Return/Transcript | Yes [✓]# No [ ] |

Debtor Attorney  MATTHEW H CROW        Present? Yes [✓] No [ ]

Creditors Present? None [✓]

Address Change    Yes [ ] No [ ]

Employment Change  Yes [ ] No [ ]

Lis Pendens  Yes [ ] No [✓]#    DSO Notice  Yes [ ] No [✓]#    ACP  Above [ ] Below [✓]#

Plan terms   $660.00   per month for  60 months.    Est. Payout if Base Plan  1%

[ ] If applicable, debtors consent to plan modification(s).

[✓] Trustee Recommends Confirmation

  [ ] Subject to _____

[ ] Trustee does not recommend Confirmation and will file:

  [ ] Objection to Confirmation _____

  [ ] Motion to Dismiss/Convert Case _____

  [ ] Proposed Order Dismissing Case _____

[ ] Creditors' Meeting Continued to _____

  [ ] Yes  [ ] No   Debtor's Attendance Required at Continued Meeting

Remarks/Comments  *At prior 341a meeting. Review in 2/10 09 Tax return)

_____
Presiding Officer
Christina Ackerman