

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 09−31457
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Yurii Korotkov<br>   fdba Grey Goose LLC<br>3012 Twilight Lane<br>Monroe, NC 28110<br>Social Security No.: xxx−xx−8440 | Iryna Pavlovna Korotkov<br>   aka Iryna Korotkova<br>3012 Twilight Lane<br>Monroe, NC 28110<br>Social Security No.: xxx−xx−9624 |

# NOTICE OF PROOF OF CLAIM FILED
# IN CREDITOR'S BEHALF

TAKE NOTICE that the debtor in the above−referenced bankruptcy action has filed a Proof of Claim on behalf of Suntrust Mortgage, Inc. on August 10, 2009 in the amount of $135000.00 pursuant to Federal Rule of Bankruptcy Procedure 3004. If you file your own Proof of Claim within the time periods set forth in Federal Rules of Bankruptcy Procedure 3002 or 3002(c), said Proof of Claim will supersede the Proof of Claim that has been filed herein by the above−mentioned party.

Dated: August 11, 2009          BY THE COURT

                                               George R. Hodges
                                               United States Bankruptcy Judge

Electronically filed and signed (8/11/09)