Certificate of Service    Page 1 of 2



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 09–31457
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Yurii Korotkov | Iryna Pavlovna Korotkov |
|    fdba Grey Goose LLC |    aka Iryna Korotkova |
| 3012 Twilight Lane | 3012 Twilight Lane |
| Monroe, NC 28110 | Monroe, NC 28110 |
| Social Security No.: xxx–xx–8440 | Social Security No.: xxx–xx–9624 |

# NOTICE OF PROOF OF CLAIM FILED
# IN CREDITOR'S BEHALF

TAKE NOTICE that the debtor in the above–referenced bankruptcy action has filed a Proof of Claim on behalf of Suntrust Mortgage, Inc. on August 10, 2009 in the amount of $135000.00 pursuant to Federal Rule of Bankruptcy Procedure 3004. If you file your own Proof of Claim within the time periods set forth in Federal Rules of Bankruptcy Procedure 3002 or 3002(c), said Proof of Claim will supersede the Proof of Claim that has been filed herein by the above–mentioned party.

Dated: August 11, 2009                                          BY THE COURT

 

                                                                        George R. Hodges
                                                             United States Bankruptcy Judge

Electronically filed and signed (8/11/09)

# CERTIFICATE OF NOTICE

```
District/off: 0419-3           User: barnesk                Page 1 of 1                  Date Rcvd: Aug 11, 2009
Case: 09-31457                 Form ID: 206                 Total Noticed: 2

The following entities were noticed by first class mail on Aug 13, 2009.
db/db        +Yurii Korotkov,   Iryna Pavlovna Korotkov,   3012 Twilight Lane,   Monroe, NC 28110-6109
3911036      +Suntrust Mortgage, Inc.,   Bankruptcy Department,   RVW-3003,   PO Box 26149,
               Richmond, VA 23260-6149
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2009**              **Signature:** _Joseph Speetjens_