**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 09-31457
CHAPTER 13**

| | |
|---|---|
| In Re:<br>**YURII KOROTKOV and**<br>**IRYNA PAVLOVNA KOROTKOV,**<br><br>_____**Debtors.**_____ | : <br>: NOTICE OF APPEARANCE PURSUANT TO<br>: BANKRUPTCY RULE 9010 (b) AND REQUEST<br>: FOR NOTICES UNDER BANKRUPTCY RULE 2002<br>:<br>: |

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

**ANGEL R. GORDON**
**Johnson & Freedman, LLC**
**1587 Northeast Expressway**
**Atlanta, GA  30329**
**(770) 234-9181**

With copy to:
SunTrust Mortgage, Inc.
P O Box 27767
Richmond, VA  23261

as counsel for **SunTrust Mortgage, Inc., its successors and/or assigns ,** a creditor of the above named Debtors.

**CERTIFICATE OF SERVICE**

The undersigned certifies that (s)he did on the date set forth below, serve this notice by electronic transmission or first class U.S. mail, postage prepaid, to the following:

| | |
|---|---|
| Matthew H. Crow, Esq.<br>315-B North Main Street<br>Monroe, NC  28112 | Warren L. Tadlock, Chapter 13 Trustee<br>4600 Park Road, Suite 101<br>Charlotte, NC  28209 |

REQUEST is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

This, the 21st day of September, 2009

/S/   ANGEL GORDON
**ANGEL GORDON**,  NC Bar No. 24996
**Johnson & Freedman, LLC**
1587 Northeast Expressway
Atlanta, GA  30329
(770) 234-9181, ext. 1348

**221.0814457NC / ncpoc**