# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re:  YURII KOROTKOV          IRYNA PAVLOVNA KOROTKOV       Case Number:        09-31457
3012 TWILIGHT LANE                                            Judge:              George R. Hodges
MONROE, NC  28110                                             Dated:              January 08, 2010

SSN (1): XXX-XX-8440            SSN (2): XXX-XX-9624

### REPORT OF TRUSTEE OF CLAIMS DETERMINATION

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and recommends that the claims be allowed as reported below. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein contain those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Dated:  January 08, 2010

Warren L. Tadlock
Standing Chapter 13 Trustee
4600 Park Rd Ste 101
Charlotte, NC  28209-0201

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| AMERICAN GENERAL | 7 | 11 | U-Unsecured | 80 | $1,084.36 | $1,084.36 | 4846 |
| BMW FINANCIAL SERVICES | 10,003 | 4 | U-Unsecured | 80 | $2,625.05 | $2,625.05 | 2824 |
| BMW FINANCIAL SERVICES | 3 | 4 | S-Secured-Pro-Rata | 50 | $11,020.88 | $11,020.88 | 2824 |
| CAROLINA DIABETES CLINICS | 12 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| CAROLINAS EMERGENCY GROUP | 13 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| EMC Mortgage Corporation | 4 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| FAIRCHILD MEDICAL CENTER | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| GARY L WADE MD | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| GE MONEY BANK DBA CARE CREDIT | 11 | 18 | U-Unsecured | 80 | $670.50 | $670.50 | 3449 |
| GUARDIAN PROTECTION SVC | 19 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| HOME DEPOT | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| HOME DEPOT CREDIT SERVICES | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| IPC OF NORTH CAROLINA | 23 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| LVNV FUNDING LLC | 26 | 13 | U-Unsecured | 80 | $1,577.38 | $1,577.38 | 6791 |
| LVNV FUNDING LLC | 31 | 14 | U-Unsecured | 80 | $566.67 | $566.67 | 1121 |
| MATTHEW H CROW | 1 | | B-Base Attorney Fee(s) | 20 | $1,649.00 | $1,449.00 | |

CASE NO:  09-31457                                                         DEBTORS: YURII KOROTKOV AND IRYNA PAVLOVNA KOROTKOV

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| MATTHEW H CROW | 2 | | B-Base Attorney Fee(s) | 50 | $1,601.00 | $1,601.00 | |
| MID ATLANTIC EMERGENCY | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| MIDLAND CREDIT MANAGEMENT | 38 | 1 | U-Unsecured | 80 | $327.54 | $327.54 | 4666 |
| NATIONAL CAPITAL MANAGEMENT | 29 | 12 | U-Unsecured | 80 | $4,124.82 | $4,124.82 | 1413 |
| NORTHWEST EMERGENCY PHYSICIANS INC | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| PRA RECEIVABLES MANAGEMENT | 16 | 3 | U-Unsecured | 80 | $3,872.19 | $3,872.19 | 7420 |
| PRA RECEIVABLES MANAGEMENT | 14 | 6 | U-Unsecured | 80 | $6,373.57 | $6,373.57 | 6525 |
| PRA RECEIVABLES MANAGEMENT | 8 | 10 | U-Unsecured | 80 | $404.05 | $404.05 | 8037 |
| PRA RECEIVABLES MANAGEMENT | 9 | 8 | U-Unsecured | 80 | $12,191.91 | $12,191.91 | 7867 |
| PRA RECEIVABLES MANAGEMENT | 10 | 9 | U-Unsecured | 80 | $12,066.71 | $12,066.71 | 7859 |
| PRA RECEIVABLES MANAGEMENT LLC | 15 | 16 | U-Unsecured | 80 | $3,660.73 | $3,660.73 | 5841 |
| PRESBYTERIAN HOSPITAL | 28 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| PRESBYTERIAN HOSPITAL MATTHEWS | 27 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| ROUNDUP FUNDING LLC | 22 | 17 | U-Unsecured | 80 | $4,096.06 | $4,096.06 | 0502 |
| SCHOOLS FEDERAL CREDIT UNION | 30 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| SEARS | 32 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| SUNTRUST CARDMEMBER SERVICES | 34 | 2 | U-Unsecured | 80 | $6,331.51 | $6,331.51 | 7139 |
| SUNTRUST MORTGAGE | 5 | 15 | N-Mortgage/Lease Arrears | 50 | $19,474.60 | $19,474.60 | 8508 |
| SUNTRUST MORTGAGE | 6 | 15 | M-Mortgage/Lease | 98 | $125,949.99 | PAY OUTSIDE | 8508 |
| SUNTRUST MORTGAGE INC | 33 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| UKRAINIAN FCU | 36 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| UM BRYNER MD INC | 35 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| WELLS FARGO FINANCIAL NC INC | 37 | 5 | U-Unsecured | 80 | $1,208.31 | $1,208.31 | 7547 |

CASE NO:  09-31457                                              DEBTORS: YURII KOROTKOV AND IRYNA PAVLOVNA KOROTKOV

## NOTICE OF REPORT OF TRUSTEE OF CLAIMS DETERMINATION

The Chapter 13 trustee has filed a report in the above-referenced Chapter 13 case to determine the proper classification and treatment of claims.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as reported by the trustee, then you or your attorney must file with the court a written response to the report and a request for hearing, within thirty (30) days of the date of this notice at the following address:

CLERK, U.S. BANKRUPTCY COURT
401 W TRADE ST, ROOM 111
PO BOX 34189
CHARLOTTE, NC  28234-4189

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

If you file a response, then a hearing on the trustee's report will be scheduled. The date, time and location of the hearing will be provided in a separate notice.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee.


Dated:  January 08, 2010                                    Warren L. Tadlock
                                                             Standing Chapter 13 Trustee
                                                             By:  D. Heytens

CASE NO: 09-31457                                              DEBTORS: YURII KOROTKOV AND IRYNA PAVLOVNA KOROTKOV

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re:  YURII KOROTKOV          IRYNA PAVLOVNA KOROTKOV       Case Number:    09-31457
        3012 TWILIGHT LANE                                    Judge:          George R. Hodges
        MONROE, NC  28110                                     Dated:          1/8/2010

        SSN (1): XXX-XX-8440    SSN (2): XXX-XX-9624

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on January 08, 2010.

                                                              D. Heytens
                                                              Office of the Chapter 13 Trustee

AMERICAN GENERAL, ELKHORN PLAZA, 5311 ELKHORN BLVD, SACRAMENTO, CA  95842
AMERICAN GENERAL, PO BOX 3251, EVANSVILLE, IN  47731
ANGEL R GORDON, JOHNSON & FREEDMAN LLC, 1587 NORTHEAST EXPRESSWAY, ATLANTA, GA  30329
AT&T UNIVERSAL CARD, C/O ASSOCIATED RECOVERY SYS, PO BOX 469046, ESCONDIDO, CA  92046
BELK, PO BOX 103104, ROSWELL, GA  30076
BENEFICIAL FINANCE CO, C/O CCB CREDIT SERVICES, PO BOX 272, SPRINGFIELD, IL  62705
BENEFICIAL, C/O CREDITORS INTERCHANGE, PO BOX 1335, BUFFALO, NY  14240
BENEFICIAL, PO BOX 1547, CHESAPEAKE, VA  23327
BMW FINANCIAL SERVICES, 5500 BRITTON PARKWAY, HILLIARD, OH  43026
BMW FINANCIAL SERVICES, PO BOX 3608, DUBLIN, OH  43016
CAROLINA DIABETES CLINICS, PO BOX 947, MONROE, NC  28111
CAROLINAS EMERGENCY GROUP, 5665 NEW NORTHSIDE DRIVE STE 320, ATLANTA, GA  30328
CHASE, PO BOX 15298, WILMINGTON, DE  19850
CITIBANK CREDIT CARD SERVICES, C/O NORTHLAND GROUP INC, PO BOX 390905, EDINA, MN  55439
CITIBANK USA, PO BOX 20487, KANSAS CITY, MO  64195
CITIBANK, C/O NORTHLAND GROUP INC, PO BOX 390846, EDINA, MN  55439
CITIFINANCIAL RETAIL SERVICES, 2035 W 4TH STREET, TEMPE, AZ  85281
CITIFINANCIAL, C/O PORTFOLIO RECOVERY ASSOC, PO BOX 12914, NORFOLK, VA  23541
CITIFINANCIAL, C/O REGIONAL ADJUSTMENT BUREAU, PO BOX 34111, MEMPHIS, TN  38016
EMC Mortgage Corporation, PO Box 293150, Lewisville, TX  75029
EMC MORTGAGE, C/O LCS FINANCIAL SERVICES, 6560 GREENWOOD PLAZA BLVD STE 375, ENGLEWOOD, CO  80111
EMC MORTGAGE, PO BOX 660530, DALLAS, TX  75266
FAIRCHILD MEDICAL CENTER, 444 BRUCE STREET, YREKA, CA  96097
GARY L WADE MD, PO BOX 1086, YREKA, CA  96097
GE MONEY BANK DBA CARE CREDIT, GE CONSUMER FINANCE, PO BOX 960061, ORLANDO, FL  32896
GUARDIAN PROTECTION SERVICES, C/O NATIONAL ASSET MANAGEMENT, PO BOX 840, MOON TOWNSHIP, PA  15108
GUARDIAN PROTECTION SVC, 174 THORN HILL RD, WARRENDALE, PA  15086
HALE DEWEY & KNIGHT PLLC, 88 UNION AVENUE SUITE 700, MEMPHIS, TN  38103
HILCO RECEIVABLES LLC, C/O DOMINION LAW ASSOCIATES, 222 CENTRAL PARK AVENUE, VIRGINIA BEACH, VA  23462
HOME DEPOT CREDIT SERVICES, C/O NCO FINANCIAL SYSTEMS INC, 507 PRUDENTIAL ROAD, HORSHAM, PA  19044
HOME DEPOT CREDIT SERVICES, PO BOX 689100, DES MOINES, IA  50368
HOME DEPOT, CITICARDS PRIVATE LABEL, PO BOX 20483, KANSAS CITY, MO  64195
HOME DEPOT, PO BOX 689147, DES MOINES, IA  50368
HSBC, C/O CORPORATE RECEIVABLES INC, PO BOX 32995, PHOENIX, AZ  85064

IPC - THE HOSPITALISTS, C/O NCO HEALTHCARE, 500 N CENTRAL EXPRESSWAY STE 300, PLANO, TX  75074
IPC OF NORTH CAROLINA, PO BOX 513719, LOS ANGELES, CA  90051
LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603
MID ATLANTIC EMERGENCY, PO BOX 601504, CHARLOTTE, NC  28260
MID-ATLANTIC EMERGENCY MEDICAL, C/O ABSOLUTE COLLECTIONS, 421 FAYETTEVILLE ST MALL, #600, ROCKY MOUNT, NC  27801
MIDLAND CREDIT MANAGEMENT, 8875 AERO DRIVE, SAN DIEGO, CA  92123
NATIONAL CAPITAL MANAGEMENT, 8245 TOURNAMENT DRIVE STE 230, MEMPHIS, TN  38125
NORTHWEST EMERGENCY PHYSICIANS INC, 2620 RIDGEWOOD ROAD STE 300, AKRON, OH  44313
NORTHWEST EMERGENCY PHYSICIANS INC, C/O HRRG, PO BOX 189053, PLANTATION, FL  33318
NORTHWEST EMERGENCY PHYSICIANS INC, PO BOX 740021, CINCINNATI, OH  45274
OLD NAVY, C/O JOHN LEE JACKSON, 1445 LANGHAM CREEK DRIVE, HOUSTON, TX  77084
OLD NAVY, C/O LEADING EDGE RECOVERY SOLUTIONS, 5440 N CUMBERLAND AVE STE 300, CHICAGO, IL  60656
OLD NAVY, C/O LVNV FUNDING LLC, PO BOX 10497, GREENVILLE, SC  29603
PRA RECEIVABLES MANAGEMENT LLC, PORTFOLIO RECOVERY ASSOC, PO BOX 12914, NORFOLK, VA  23541
PRA RECEIVABLES MANAGEMENT, PO BOX 41067, NORFOLK, VA  23541
PRESBYTERIAN HOSPITAL MATTHEWS, C/O MEDICAL DATA SYSTEMS INC, 1374 S BABCOCK STREET, MELBOURNE, FL  32901
PRESBYTERIAN HOSPITAL MATTHEWS, C/O RECEIVABLES MANAGEMENT BUREAU, 409 BEARDEN PARK CIRCLE, KNOXVILLE, TN  37919
PRESBYTERIAN HOSPITAL MATTHEWS, PO BOX 31276, CHARLOTTE, NC  28251
PRESBYTERIAN HOSPITAL, C/O RECEIVABLES MANAGEMENT, 6712 DEANE HILL DRIVE, KNOXVILLE, TN  37919
PRESBYTERIAN MATTHEWS, C/O MEDICAL DATA SYSTEMS, 2001 9TH AVENUE STE 312, VERO BEACH, FL  32960
ROUNDUP FUNDING LLC, MS 550, PO BOX 91121, SEATTLE, WA  98111-9221
SCHOOLS FEDERAL CREDIT UNION, PO BOX 138000, SACRAMENTO, CA  95813
SCHOOLS FEDERAL CREDIT UNION, PO BOX 31112, TAMPA, FL  33631
SEARS ROEBUCK & CO, PO BOX 20363, KANSAS CITY, MO  64195
SEARS, PO BOX 6283, SIOUX FALLS, SD  57117
SUNTRUST BANK, PO BOX 85041, RICHMOND, VA  23285
SUNTRUST CARDMEMBER SERVICES, 157 TECHNOLOGY PKWY STE 900, NORCROSS, GA  30092
SUNTRUST MORTGAGE INC, PO BOX 26149, RICHMOND, VA  23260
SUNTRUST MORTGAGE, PO BOX 27767, RICHMOND, VA  23261
SUNTRUST, C/O REBECCA LEIGH PC, 301 S GREENE STREET STE 201, GREENSBORO, NC  27401
UKRAINIAN FCU, 824 E RIDGE ROAD, ROCHESTER, NY  14621
UKRAINIAN FCU, PO BOX 31112, TAMPA, FL  33631
UM BRYNER MD INC, PO BOX 1066, 814 N MAIN STREET, YREKA, CA  96097
WASHINGTON MUTUAL, C/O HILCO RECEIVABLES LL, ONE NORTHBROOK PLAZA STE 415, NORTHBROOK, IL  60062
WELLS FARGO FINANCE, 4143 121ST STREET, URBANDALE, IA  50323
WELLS FARGO FINANCIAL NC INC, 4137 121ST STREET, URBANDALE, IA  50323
WELLS FARGO FINANCIAL, 2211 G MATTHEWS TOWNSHIP PKWY, MATTHEWS, NC  28105
YURII KOROTKOV AND IRYNA PAVLOVNA KOROTKOV, 3012 TWILIGHT LANE, MONROE, NC  28110

Total Served:72