# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE:  
YURII KOROTKOV  
IRYNA PAVLOVNA KOROTKOV  
SSN#: XXX-XX-8440  
SSN#: XXX-XX-9624  

Case No:   09-31457

## NOTICE TO ATTORNEY FOR DEBTORS

Re:  2009 Income Tax Returns

In order to evaluate certain income and/or expense items as contained in the budget of the above-referenced Chapter 13 debtor(s), I hereby request a copy of the debtor(s)' Federal income tax return for the prior year, including all accompanying schedules, be sent to my attention within thirty (30) days of the date of this letter. Please advise your clients that if the requested tax return is not sent within the time set forth herein, I will petition the court to set a hearing on the issue of noncompliance and request reimbursement for my costs incurred in bringing the matter before the court.  Of course, if good cause exists for an extension of time within which to comply, please notify me prior to the deadline date and we can agree upon such extension as is appropriate.  Thanking you in advance for your assistance in this matter, I remain,

Dated: May 05, 2010

Warren L. Tadlock  
Standing Chapter 13 Trustee

**CORRESPONDENCE ADDRESS:**

by: L. Pascal

Warren L. Tadlock  
Standing Chapter 13 Trustee  
4600 Park Rd Ste 101  
Charlotte, NC  28209-0201  
(704)372-9650