

FILED & JUDGMENT ENTERED
Steven T. Salata

May 15 2014

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

YURII KOROTKOV
IRYNA PAVLOVNA KOROTKOV

SSN#: XXX-XX-8440
SSN#: XXX-XX-9624

Chapter 13
CASE NO:   09-31457
Related Court Docket Number: 44

## ORDER

ON 05/14/2014,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

AND, THIS COURT FINDS that:

[ Y(N) ] Debtors present          [ (Y)N ] MATTHEW H CROW  present

[✓] Plan payments are in substantial default.

[✓] Debtors can resume payments ____June 2014_____.

[ ]

IT IS, THEREFORE, ORDERED that:

[ ] Case is hereby dismissed.

[ ] Case subject to dismissal without further notice upon payment default for _____

[ ] Case subject to dismissal if not converted to Chapter 7 within _____ days.

[✓] Plan payments are to resume at/to be changed to $__660.00__ per month.

[✓] Plan composition percentage is set at ____1____%.

[ ] Plan term set at _____ months; minimum unsecured dividend is adjusted as necessary.

[ ] Case subject to dismissal if plan payments not completed by _____

[ ] Plan term is extended as necessary.

[✓] Attorney for debtors allowed presumptive, non-base fee of $__200.00__.

[ ] Hearing is continued to _____

[✓] Motion is denied.

[ ] _____

This Order has been signed electronically, pursuant
to administrative order of the Court. Effective as of
date of entry.

_Laura T. Beyer_____
UNITED STATES BANKRUPTCY COURT JUDGE

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on May 15, 2014.

YURII KOROTKOV & IRYNA PAVLOVNA KOROTKOV, 3012 TWILIGHT LANE,  MONROE,
NC 28110

_S. Sloan_____
Office of the Chapter 13 Trustee