OFFICE OF THE CHAPTER 13 TRUSTEE
5970 FAIRVIEW ROAD, SUITE 650
CHARLOTTE, NC 28210-2100
CHARLOTTE
NC 282
31 OCT '14
PM 5 L
U.S. POSTAGE PITNEY BOWES
ZIP 28210 $ 000.48°
02 1W
0001377606 OCT 31 2014
TO THE ORDER OF
SUNTRUST CARDMEMBER SERVICES
157 TECHNOLOGY PKWY STE 900
NORCROSS, GA 30092
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

