
B10 (Official Form 10) (12/07)   Case 09-31457   Claim 15-1 Part 2   Filed 09/22/09   Desc Attachment 1   Page 1 of

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF NORTH CAROLINA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>**Yurii Korotkov and**<br>**Iryna Pavlovna Korotkov** | Case Number:<br>**09-31457** |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**SunTrust Mortgage, Inc., its successors and/or assigns** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>**Johnson & Freedman, LLC**<br>**1587 Northeast Expressway**<br>**Atlanta, GA 30329**<br><br>Telephone number: **(770) 234-9181** | Court Claim Number:<br>*(If known)*<br><br>Filed on: |
| Name and address where payment should be sent (if different from above):<br>**SunTrust Mortgage, Inc.**<br>**P O Box 27767**<br>**Richmond, VA 23261**<br><br>Telephone number: **(800) 443-1032** | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| **1. Amount of Claim as of Date Case Filed:** $ **125,949.99 (UPB)** | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim.<br><br>☐ Domestic support obligation under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim: Money Loaned**<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** 8508    # **221.0814457NC**<br><br>3a. Debtor may have scheduled account as: SunTrust Bank<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☑ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property: **Unknown**   Annual Interest Rate **6.875** %<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $ **19,474.60** Basis for perfection: **Security Deed**<br><br>Amount of Secured Claim: **$125,949.99** Amount Unsecured: **$ 0** | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$ _____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date:<br>September 21, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/S/ ANGEL GORDON<br>**Angel R. Gordon, NC Bar No. 24996** | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

221.0814457NC / nepoc



Case 09-31457   Claim 15-1 Part 2   Filed 09/22/09   Desc Attachment 1   Page 2 of 2

## ITEMIZED STATEMENT OF ARREARAGE CLAIM

| | | | | |
|---|---|---|---|---|
| 14 | Payments (5/1/2008 - 6/1/2009) | @ | $1,029.27 | $14,409.78 |
| 14 | Late Charges (5/1/2008 - 6/1/2009) | @ | 33.79 | 473.06 |

Foreclosure Attorney Fees and Costs      1,489.17
Escrow Shortage      3,086.80
Accrued Late Charges      15.79

**TOTAL ARREARS**      $19,474.60



Case 09-31457    Doc 34    Filed 06/14/12    Entered 06/14/12 16:03:02    Desc Main
Document    Page 4 of 29

PETITIONER'S
EXHIBIT
B

Blumberg No. 5106

## POST PETITION PAYMENT HISTORY

**DEBTOR NAME:**  Yurii Korotkov
fdba Grey Goose LLC
Iryna Pavlovna Korotkov
aka Iryna Korotkova

**BANKRUPTCY CASE NO:** 09-31457
**MORTGAGEE:**  SunTrust Mortgage, Inc.

**DATE CASE FILED:** June 5, 2009
**LOAN NO.** 8508

| PMT DUE DATE | P & I | ESCROW | AMOUNT RECEIVED | DATE POSTED |
|---|---|---|---|---|
| 7/01/2009 | 844.80 | 128.86 | 973.66 | 7/17/2009 |
| 8/01/2009 | 844.80 | 128.86 | 973.66 | 8/14/2009 |
| 9/01/2009 | 844.80 | 128.86 | 973.66 | 9/16/2009 |
| 10/01/2009 | 844.80 | 128.86 | 973.66 | 10/14/2009 |
| 11/01/2009 | 844.80 | 128.86 | 973.66 | 11/17/2009 |
| 12/01/2009 | 844.80 | 128.86 | 990.30 | 12/17/2009 |
| 1/01/2010 | 844.80 | 145.50 | 990.30 | 1/15/2010 |
|  |  |  | 990.30 | 2/17/2010 |
| 2/01/2010 | 844.80 | 145.50 | 990.30 | 3/15/2010 |
| 3/01/2010 | 844.80 | 145.50 | 990.30 | 3/22/2010 |
| 4/01/2010 | 844.80 | 145.50 | 990.30 | 4/202010 |
| 5/01/2010 | 844.80 | 145.50 | 990.30 | 5/14/2010 |
| 6/01/2010 | 844.80 | 145.50 | 990.30 | 6/14/2010 |
| 7/01/2010 | 844.80 | 145.50 | 990.30 | 7/15/2010 |
| 8/01/2010 | 844.80 | 145.50 | 990.30 | 8/16/2010 |
| 9/01/2010 | 844.80 | 145.50 | 990.30 | 9/14/2010 |
| 10/01/2010 | 844.80 | 145.50 | 990.30 | 10/18/2010 |
| 11/01/2010 | 844.80 | 145.50 | 990.30 | 12/01/2010 |
| 12/01/2010 | 844.80 | 145.50 | 990.30 | 12/16/2010 |
| 1/01/2011 | 844.80 | 145.50 | 990.30 | 1/27/2011 |
| 2/01/2011 | 844.80 | 145.50 | 990.30 | 3/15/2011 |
| 3/01/2011 | 844.80 | 145.50 | 990.30 | 4/29/2011 |
| 4/01/2011 | 844.80 | 145.50 | 990.30 | 5/13/2011 |
| 5/01/2011 | 844.80 | 145.50 | 990.30 | 6/01/2011 |
| 6/01/2011 | 844.80 | 145.50 | 990.30 | 6/17/2011 |
| 7/01/2011 | 844.80 | 145.50 | 990.30 | 8/11/2011 |
| 8/01/2011 | 844.80 | 145.50 | 990.30 | 9/22/2011 |
| 9/01/2011 | 844.80 | 145.50 | 990.30 | 10/27/2011 |
| 10/01/2011 | 844.80 | 145.50 | 990.30 | 12/01/2011 |
| 11/01/2011 | 844.80 | 145.50 | 990.30 | 1/06/2012 |
| 12/01/2011 | 844.80 | 145.50 | 990.30 | 2/28/2012 |
| 1/01/2012 | 844.80 | 145.50 | 990.30 | 3/23/2012 |
| 2/01/2012 | 844.80 | 145.50 | 990.30 | 4/27/2012 |



| 3/01/2012 | 844.80 | 844.80 | 990.30 | 6/08/2012 |
|-----------|--------|--------|--------|-----------|
| 4/01/2012 | DUE | | | |
| 5/01/2012 | DUE | | | |
| 6/01/2012 | DUE | | | |
| | | | | |
| | | | | |



FILED & JUDGMENT ENTERED
Steven T. Salata

Nov 06 2012

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



PETITIONER'S
EXHIBIT
C

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE: )
)
**YURII KOROTKOV** )     **CASE NO. 09-31457**
**FDBA GREY GOOSE LLC** )
**SSN: XXX-XX-8440** )     **CHAPTER 13**
)
**IRYNA PAVLOVNA KOROTKOV** )
**AKA IRYNA KOROTKOVA** )
**SSN: XXX-XX-9624** )
)
**DEBTORS** )

### CONSENT ORDER FOR CURING POST CONFIRMATION DEFAULT
### AND CONDITIONAL CONTINUANCE OF AUTOMATIC STAY

THIS CAUSE coming on to be heard and being heard before the undersigned United States Bankruptcy Judge for the Western District of North Carolina upon request of SUNTRUST MORTGAGE, INC. ("STMI"), to lift the automatic stay.

And it appearing to the Court and the Court finding from the record and stipulation of counsel that STMI is a Servicers on behalf of the Secured Creditor holding a claim against the Debtors secured by the Debtors' principal residence located at 3012 Twilight Lane, Indian Trail, NC; that the Debtors' confirmed Chapter 13 Plan proposed to pay the current portion of said indebtedness directly to the Secured Creditor; that the Debtors are delinquent in paying the direct payments. The payments, late charges, attorney fees and costs through October 31, 2012, are $7,545.62. A breakdown of the arrearage is as follows:

| Payments | 04/12 - 04/12 | $990.30 | x | 1 | = | $990.30 |
|---|---|---|---|---|---|---|
| Payments | 05/12 - 10/12 | $988.22 | x | 6 | = | $5,929.32 |
| Bankruptcy Attorney Fees and Costs | | | | | | $626.00 |
| TOTAL ARREARAGE THROUGH October 31, 2012 | | | | | | $7,545.62 |

The Debtors are prepared to cure the post-petition arrears, together with the late charges, and thereafter maintain payments throughout the Debtors' Chapter 13 Plan in accordance with the provisions and terms of this Order.

United States Bankruptcy Court



NOW, THEREFORE, based upon the foregoing findings of fact and conclusions of law, and with the consent of all parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Debtors will timely pay all sums due under the Note and Deed of Trust. All parties acknowledge that all payments are due on the 1st day of each month.

2. The amount of $626.00 for attorney fees and costs shall be put inside the Debtors' Chapter 13 Plan. The Trustee is hereby authorized to increase the payment or to extend the Debtors' Chapter 13 Plan a sufficient number of months to accommodate this additional claim due STMI. This amount is to be added to the existing arrearage claim due STMI, classified as a secured claim, and paid pro-rata by the Trustee with other secured claims. After placing the $626.00 inside the Debtors' Chapter 13 Plan, the remaining post-petition arrearage is $6,619.62.



3. Since the filing of this Motion, Debtors have tendered funds in the amount of $6,925.26. After application of $6,925.26, the arrearage is cured and $5.64 shall be placed in suspense.

4. The Debtors' attorney, Matthew H. Crow, is awarded the presumptive fee of $450.00 for defense of STMI Motion for Relief from Stay. Said $450.00 is to be paid through the Debtors' Chapter 13 Plan. The Trustee is hereby authorized to increase the payment or to extend the Debtors' Plan as needed to accommodate this claim.

5. Beginning with the November 1, 2012 payment, the Debtors shall pay the regular monthly payment (currently $988.22) directly to STMI.

6. In the event STMI does not receive any payment from the Debtors under this Order by the 15th day of the month in which the payment is due and upon 15 days written notice of the default to the Debtors and Debtors' attorney, if the default is not cured within the said 15 days, then the automatic stay and restraining Order entered in this case are hereby modified without further notice or hearing and the Debtors' property is released for foreclosure by STMI or the then note holder as provided for by the terms of the security instrument. Said modification will occur immediately upon the Debtors' default and the waiting period of F.R.B.P 4001(a)(3) will not apply. In the event that a default does occur, STMI shall be entitled to collect attorney fees and costs incurred in connection with such default. This provision shall expire 3 months from the date of this Order.

7. In the event the Debtors default after proper notice, if any, has been given pursuant to paragraph (6) above, Movant/note holder will file a Notice of Lift of Stay with the court. Upon filing of the Notice of the Lift of Stay, the Trustee is hereby directed to cease disbursements on the pre-petition claim due the Movant/note holder. Note holder (or Assignee) is allowed 180 days from the time the Relief of Stay is entered to liquidate the real property and file a documented deficiency claim with the Chapter 13 Trustee.

.

United States Bankruptcy Court



/s/ Joseph J. Vonnegut
 JOSEPH J. VONNEGUT, ATTORNEY FOR MOVANT


/s/ Matthew H. Crow
 MATTHEW H. CROW, ATTORNEY FOR DEBTORS


 NO PROTEST/NO OBJECTION


 /s/ Warren L. Tadlock
 WARREN L. TADLOCK, TRUSTEE


This Order has been signed electronically.          United States Bankruptcy Court
The Judge's Signature and Court's seal appear
at the top of the Order.





COMMISSIONER'S
EXHIBIT
D
Blumberg No.

## Yurii Korotkov's Mortgage payment to SunTrust

Account No. 0036248508

| Date of Payment Due | Payment Due | Payment Made With Receipts | Date of Payment Made |
|---|---|---|---|
| July 01, 2012 | $988.22 | $990.30 | 7-5-2012 |
| August 01, 2012 | $988.22 | $988.22 | 8-10-2012 |
| | | $990.00 | 8-13-2012 |
| September 01, 2012 | $988.22 | $990.00 | 9-14-2012 |
| October 01, 2012 | $988.22 | $988.22 | 10-12-2012 |
| November 01, 2012 | $988.22 | $988.22 | 11-08-2012 |
| | | $988.22 | 11-29-2012 |
| December 01, 2012 | $988.22 | -0- | N/A |

*(handwritten: 5,929.32 for Payment Due group; 6,923.18 for Payment Made group)*

| Date of Payment Due | Payment Due | Payment Made With Receipts | Date of Payment Made |
|---|---|---|---|
| January 01, 2013 | $988.22 | $988.22 | 1-02-2013 |
| February 01, 2013 | $988.22 | $988.22 | 2-01-2013 |
| March 01, 2013 | $988.22 | $988.22 | 3-1-2013 |
| April 01, 2013 | $988.22 | $988.22 | 4-5-2013 |
| May 01, 2013 | $988.22 | $988.22 | 5-10-2013 |
| June 01, 2013 | $988.22 | $988.22 | 6-6-2013 |
| July 01, 2013 | $988.22 | $988.22 | 7-9-2013 |
| August 01, 2013 | $988.22 | $988.22 | 8-16-2013 |
| September 01, 2013 | $988.22 | $988.22 | 9-12-2013 |
| October 01, 2013 | $988.22 | $988.22 | 10-11-2013 |
| November 01, 2013 | $988.22 | $988.22 | 11-8-2013 |
| December 01, 2013 | $988.22 | $988.22 | 12-06-2013 |

*(handwritten: 11,858.64 for both Payment Due and Payment Made groups)*

| Date of Payment Due | Payment Due | Payment Made With Receipts | Date of Payment Made |
|---|---|---|---|
| January 01, 2014 | $988.22 | $988.22 | 1-14-2014 |
| February 01, 2014 | $988.22 | $988.22 | 2-18-2014 |
| March 01, 2014 | $988.22 | $988.22 | 3-24-2014 |
| April 01, 2014 | $988.22 | $988.22 | 4-11-2014 |
| May 01, 2014 | $988.22 | $1,002.00 | 5-29-2014 |
| June 01, 2014 | $1,001.97 | -0- | N/A |
| July 01, 2014 | $1,001.97 | $1,002.00 | 7-03-2014 |
| | | $1,002.00 | 7-24-2014 |
| August 01, 2014 | N/A | $544.73 | 8-21-2014 |
| September 01, 2014 | N/A | $81.12 | 9-26-2014 |
| October 01, 2014 | $1,001.97 | $1,002.00 | 10-2-2014 |
| November 01, 2014 | $1,001.97 | $1,002.00 | 11-10-2014 |
| December 01, 2014 | $1,001.97 | $1,002.00 | 12-05-2014 |

*(handwritten: 9950.95 for Payment Due group; 10,590.73 for Payment Made group)*



| January 01, 2015 | $1,001.97 | | $1,002.00 | | 1-08-2015 |
| February 01, 2015 | $1,001.97 | | $1,002.00 | | 2-06-2015 |
| March 01, 2015 | $1,001.97 | | $1,002.00 | | 3-13-2015 |
| April 01, 2015 | $1,001.97 | | $1,002.00 | | 4-10-2015 |
| May 01, 2015 | $1,001.97 | *8015.16* | $1,002.00 | *8016.00* | 5-14, 2015 |
| June 01, 2015 | $1,001.97 | | $1,002.00 | | 6-05-2015 |
| July 01, 2015 | $1,001.97 | | $1,002.00 | | 7-07-2015 |
| August 01, 2015 | $1,001.97 | | $1,002.00 | | 8-06-2015 |
| | | | | | |
| TOTAL | $35,754.67 | | $37,388.55 | | |

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

# SUNTRUST

## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **990.30** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). |
|---|---|---|
| Nancy H Lunsford | 06/21/2012 | [  ] Additional Escrow Payment  $ |
| Telephone Number | Cost Center | [  ] Additional Principal Payment  $ |
| 7048822415 | 8000873 | [  ] Escrow Shortage  $ |
| | | [ X ] Regular Monthly Payment  $ 990.30 |
| | | [  ] Fees  $ |

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

# SUNTRUST

## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **990.30** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). |
|---|---|---|
| Samantha M Allen | 7/5/12 | [  ] Additional Escrow Payment  $ |
| Telephone Number | Cost Center | [  ] Additional Principal Payment  $ |
| 7042898935 | 8000674 | [  ] Escrow Shortage  $ |
| | | [ X ] Regular Monthly Payment  $ 990.30 |
| | | [  ] Fees  $ |

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

# SUNTRUST

## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **988.22** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). |
|---|---|---|
| Lindsey Woodruff | 08/10/2012 | [  ] Additional Escrow Payment  $ |
| Telephone Number | Cost Center | [  ] Additional Principal Payment  $ |
| | 8000674 | [  ] Escrow Shortage  $ |
| | | [ X ] Regular Monthly Payment  $ 988.22 |
| | | [  ] Fees  $ |

**Customer Receipt**





596  HSBC PAYMENT
XXXXXXXX8508  Bus. Date 21Jun.2012 AM
216                       990.30 CASH
                          990.30 TOTAL
64067418 165157 2
Transaction Date: 21Jun.2012 15:56:13

596  HSBC PAYMENT
XXXXXXXX8508  Bus. Date 10Aug.2012 PM
317                       988.22 CASH
                          988.22 TOTAL
64067418 165157 2
Transaction Date: 10Aug.2012 16:42:46

≋ SUNTRUST

**Mortgage Substitute Payment Coupon**

Mortgage Loan Number

0036248508

Total Amount Paid

$ 990.00

Client Name

YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Mary Anne Royal | 08/13/2012 | [  ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [  ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [  ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 990.00 |
| | | [  ] Fees | $ |

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

≋ SUNTRUST

**Mortgage Substitute Payment Coupon**

Mortgage Loan Number

0036248508

Total Amount Paid

$ 990.00

Client Name

YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Lindsey Woodruff | 09/14/2012 | [  ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [  ] Additional Principal Payment | $ |
| | 8000674 | [  ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 990.00 |
| | | [  ] Fees | $ |

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

≋ SUNTRUST

**Mortgage Substitute Payment Coupon**

Mortgage Loan Number

0036248508

Total Amount Paid

$ 988.22

Client Name

YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Charlene Mcclendon | 10/12/2012 | [  ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [  ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [  ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [  ] Fees | $ |

**Customer Receipt**

13

MISC PAYMENT
XXXXXXXXVB508
596
Bus. Date 14Sep.20...
226
590.00 CA...
4406749 145 ST 2
590.00
Transaction Date: 14Sep.2012

MISC PAYMENT
XXXXXXXXB508
596
Bus. Date 10ct...20...
69
590.00 CA...
440CT04 117715 4
590.00
Transaction Date: 10ct.2012

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST

### Mortgage Substitute Payment Coupon

Mortgage Loan Number

0036248508

Total Amount Paid

$ 988.22

Client Name

YURIY KOROTKOV

| Prepared By | Date |
|---|---|
| Mary Anne Royal | 11/8/2012 |
| Telephone Number | Cost Center |
| 7042898935 | 8000674 |

Indicate type of payment (Select one payment type per coupon).

[ ] Additional Escrow Payment     $
[ ] Additional Principal Payment   $
[ ] Escrow Shortage               $
[ X ] Regular Monthly Payment     $ 988.22
[ ] Fees                          $

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST

### Mortgage Substitute Payment Coupon

Mortgage Loan Number

0036248508

Total Amount Paid

$ 988.22

Client Name

YURIY KOROTKOV

| Prepared By | Date |
|---|---|
| Samantha M Allen | 11/29/12 |
| Telephone Number | Cost Center |
| 7042898935 | 8000674 |

Indicate type of payment (Select one payment type per coupon).

[ ] Additional Escrow Payment     $
[ ] Additional Principal Payment   $
[ ] Escrow Shortage               $
[ X ] Regular Monthly Payment     $ 988.22
[ ] Fees                          $

**Customer Receipt**



596      MISC PAYMENT
XXXXXXXX8509    Bus. Date 29Nov.20
120              988.22 CASH
4067401 162737 3         988.21 TT-
Transaction Date: 29Nov.2012  14:11:

596      MISC PAYMENT
XXXXXX8509    Bus. Date 8Nov.2011
198              988.22 CASH
4067401 137421 2         988.22 TT-
Transaction Date: 8Nov.2011  13:58:

(16)

## ≋SUNTRUST

**Mortgage Substitute Payment Coupon**

Mortgage Loan Number

**0036248508**

Total Amount Paid

$ **988.22**

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Sandra B. Norris | 1/2/2013 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## ≋SUNTRUST

**Mortgage Substitute Payment Coupon**

Mortgage Loan Number

**0036248508**

Total Amount Paid

$ **988.22**

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Sandra B. Norris | 02/01/2013 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## ≋SUNTRUST

**Mortgage Substitute Payment Coupon**

Mortgage Loan Number

**0036248508**

Total Amount Paid

$ **988.22**

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Samantha M Allen | 3/1/13 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

**Customer Receipt**

596          MISC PAYMENT
XXXXXXXXX8500      Bus. Date 21Jan.2013
329                          988.22 T
64067418 126161  5              988.22
Transaction Date: 21Jan.2013    14:47

596          MISC PAYMENT
XXXXXXXXX8500      Bus. Date 1Feb.2013
308                          988.22
64067418 126161  6              988.22
Transaction Date: 1Feb.2013

596          MISC PAYMENT
XXXXXXXXX8500      Bus. Date 1Mar.2013
282                          988.22
64067401 162929  3              988.22
Transaction Date: 1Mar.2013    16:59





## SUNTRUST
## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
| --- | --- | --- | --- |
| 0036248508 | | $ | 988.22 |

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
| --- | --- | --- | --- |
| Ann R Crocker | 04/05/2013 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| | 8000675 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

COPYEAR... ANTI-FRAUD PROTECTION - PATENTS 5157702, 0163708

**Customer Receipt**

---

## SUNTRUST

## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
| --- | --- | --- | --- |
| 0036248508 | | $ | 988.22 |

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
| --- | --- | --- | --- |
| Sandra B. Norris | 05/10/2013 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |



**Customer Receipt**

---

THIS MU... ONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST
## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
| --- | --- | --- | --- |
| 0036248508 | | $ | 988.22 |

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
| --- | --- | --- | --- |
| Sandra B. Norris | 06/06/2013 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

COPYEAR... AND FRAUD PROTECTION - PATENTS 5157702, 0163708

**Customer Receipt**





 **SUNTRUST**

Mortgage Loan Number

**0036248508**

Client Name
YURIY KOROTKOV

| | |
|---|---|
| Prepared By | Date |
| Sandra B. Norris | 05/10/2013 |
| Telephone Number | Cost Center |
| 7042898935 | 8000674 |

**Customer Receipt**

## Mortgage Substitute Payment Coupon

Total Amount Paid

$                988.22

Indicate type of payment (Select one payment type per coupon).

| | |
|---|---|
| [ ] Additional Escrow Payment | $ |
| [ ] Additional Principal Payment | $ |
| [ ] Escrow Shortage | $ |
| [ X ] Regular Monthly Payment | $ 988.22 |
| [ ] Fees | $ |



## SUNTRUST

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **988.22** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Mary Anne Royal | 07/09/2013 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

COPYRIGHT - ANTI-FRAUD PROTECTION - PATENTS 5407702, 5397237

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **988.22** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Samantha M Allen | 8/16/13 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

COPYRIGHT - ANTI-FRAUD PROTECTION - PATENTS 5407702, 5397237

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **988.22** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Mary Anne Royal | 09/12/2013 | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| 7042898935 | 8000674 | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

COPYRIGHT - ANTI-FRAUD PROTECTION - PATENTS 5407702, 5397237

**Customer Receipt**



MISC PAYMENT
576        Bus. Date 9Jul.2013
XXXXXXXX8509                      988.22 CASH
174                             988.22 TOTAL
64067418 123421 2
Transaction Date: 9Jul.2013  16:52:30

MISC PAYMENT
576        Bus. Date 16Aug.2013 AM
XXXXXXXX8509                      988.22 CASH
233                             988.22 TOTAL
64067401 162939 3
Transaction Date: 16Aug.2013  15:29:13

MISC PAYMENT
576        Bus. Date 12Sep.2013
XXXXXXXX8509                      988.22 CASH
254                             988.22 TOTAL
64067418 123421 2
Transaction Date: 12Sep.2013  17:03:

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST

**Mortgage Substitute Payment Coupon**

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **988.22** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Mary Anne Royal** | **10/11/2013** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **7042898935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST

**Mortgage Substitute Payment Coupon**

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **988.22** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Samantha M Allen** | **11/8/13** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **7042898935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [ X ] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

**Customer Receipt**

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST

**Mortgage Substitute Payment Coupon**

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **988.22** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Sandra Norris** | **12/06/2013** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 233-4292** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

**Customer Receipt**   "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"









## SUNTRUST

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **988.22** |

Client Name

**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). |
|---|---|---|
| **Mary Royal** | **01/14/2014** | [ ] Additional Escrow Payment $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage $ |
| | | [X] Regular Monthly Payment $ 988.22 |
| | | [ ] Fees $ |

**Customer Receipt**   "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

## SUNTRUST

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **988.22** |

Client Name

**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). |
|---|---|---|
| **Mary Royal** | **02/18/2014** | [ ] Additional Escrow Payment $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage $ |
| | | [X] Regular Monthly Payment $ 988.22 |
| | | [ ] Fees $ |

**Customer Receipt**   "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.



## SUNTRUST

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **988.22** |

Client Name

**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). |
|---|---|---|
| **Samantha Allen** | **03/24/2014** | [ ] Additional Escrow Payment $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage $ |
| | | [X] Regular Monthly Payment $ 988.22 |
| | | [ ] Fees $ |

**Customer Receipt**   "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"



THIS MULTI-TONE AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARKER TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

Page 26 of 54



# SUNTRUST

## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **988.22** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Mary Royal** | **04/11/2014** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 988.22 |
| | | [ ] Fees | $ |

**Customer Receipt**

"Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

# SUNTRUST

## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **1,002.00** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Colby M Roseberry** | **05/29/2014** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**

"Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED



# SUNTRUST

## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | $ | **1,002.00** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Samantha Allen** | **07/03/2014** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**

"Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"







THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

(28)

# SUNTRUST

## Mortgage Substitute Payment Coupon

Mortgage Loan Number

**0036248508**

Total Amount Paid

**$ 1,002.00**

Client Name

**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Mary Royal** | **07/24/2014** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

# SUNTRUST

## Mortgage Substitute Payment Coupon

Mortgage Loan Number

**0036248508**

Total Amount Paid

**$ 544.73**

Client Name

**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Samantha Allen** | **08/21/2014** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 544.73 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

# SUNTRUST

## Mortgage Substitute Payment Coupon

Mortgage Loan Number

**0036248508**

Total Amount Paid

**$ 81.12**

Client Name

**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Mary Royal** | **09/26/2014** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 81.12 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

# SUNTRUST

## Mortgage Substitute Payment Coupon

Mortgage Loan Number

**0036248508**

Total Amount Paid

$ **1,002.00**

Client Name

**YURIY KOROTKOV**

| | | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Prepared By | Date | [ ] Additional Escrow Payment | $ |
| **Mary Royal** | **10/02/2014** | [ ] Additional Principal Payment | $ |
| Telephone Number | Cost Center | [ ] Escrow Shortage | $ |
| **(704) 289-8935** | **8000674** | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

 SUNTRUST

## Mortgage Substitute Payment Coupon

Mortgage Loan Number

**0036248508**

Total Amount Paid

$ **1,002.00**

Client Name

**YURIY KOROTKOV**

| | | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Prepared By | Date | [ ] Additional Escrow Payment | $ |
| **Charlene Mcclendon** | **11/10/2014** | [ ] Additional Principal Payment | $ |
| Telephone Number | Cost Center | [ ] Escrow Shortage | $ |
| **(704) 289-8935** | **8000674** | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

 SUNTRUST

## Mortgage Substitute Payment Coupon

Mortgage Loan Number

**0036248508**

Total Amount Paid

$ **1,002.00**

Client Name

**YURIY KOROTKOV**

| | | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| Prepared By | Date | [ ] Additional Escrow Payment | $ |
| **Samantha Allen** | **12/05/2014** | [ ] Additional Principal Payment | $ |
| Telephone Number | Cost Center | [ ] Escrow Shortage | $ |
| **(704) 289-8935** | **8000674** | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

(31)

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
ENDORSE CHECK HERE

596    MISC PAYMENT    Bus. Date 20...
XXXXXXX8508
129
0040408 127421 3
Transaction Date ...

596    MISC PAYMENT    *
XXXXXXXX8508    Bus. Date 10Nov.2014 SM
116    1,002.00 CASH
64067404 117315 4    1,002.00 TOTAL
Transaction Date: 10Nov.2014 13:56:37

596    MISC PAYMENT
XXXXXXX8508    Bus. Date 5Dec.201...
152    1,002.00 ...
64-67404 162439  4    1,002.00 ...
Transaction Date: 5Dec.2014 ...



## SUNTRUST
### Mortgage Substitute Payment Coupon

Mortgage Loan Number     Total Amount Paid

**0036248508**     $     **1,002.00**

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Samantha Allen** | **01/08/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

## SUNTRUST
### Mortgage Substitute Payment Coupon

Mortgage Loan Number     Total Amount Paid

**0036248508**     $     **1,002.00**

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Cory A Gordon** | **02/06/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED



## SUNTRUST
### Mortgage Substitute Payment Coupon

Mortgage Loan Number     Total Amount Paid

**0036248508**     $     **1,002.00**

Client Name
YURIY KOROTKOV

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Mary Royal** | **03/13/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

33)



ENDORSE CHECK HERE

X

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
RESERVED FOR DEPOSITORY BANK ENDORSEMENT

596    MISC PAYMENT
XXXXXXXX8508    Bus. Date 9Feb.2015 AM
159            1,002.00 CASH
64067403 185126 5        1,002.00 TOTAL
Transaction Date: 9Feb.2015   16:21:15

596    MISC PAYMENT
XXXXXXXX8508    Bus. Date 13Mar.20 AM
245            1,002.00 CASH
64067418 123421 2        1,002.00 TOTAL
Transaction Date: 13Mar.2015  16:14:

596    MISC PAYMENT
XXXXXXXX8508    Bus. Date 27Jan.2015 A
85             1,002.00 CASH
64067403 163733 3        1,002.00 T
Transaction Date: 30Jan.2015

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED



## SunTrust

### Mortgage Substitute Payment Coupon

(34)

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **1,002.00** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Mary Royal** | **04/10/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**

"Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

## SunTrust

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **1,002.00** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Brittany Mcnally** | **05/14/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**

"Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

## SunTrust

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **1,002.00** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Mary Royal** | **06/05/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**

"Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"











36



## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
| --- | --- | --- | --- |
| **0036248508** | | $ | **1,001.97** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
| --- | --- | --- | --- |
| **Mary Royal** | **07/07/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,001.97 |
| | | [ ] Fees | $ |

**Customer Receipt**     "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"

---

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

## SUNTRUST

## Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
| --- | --- | --- | --- |
| **0036248508** | | $ | **1,002.00** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
| --- | --- | --- | --- |
| **Mary Royal** | **08/06/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

**Customer Receipt**     "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be credited within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"



ENDORSE CHECK HERE
X

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

596   MISC PAYMENT
XXXXXXXX8508   Bus. Date 731.2015
77   1,001.57 CR
64067418 123421 2   1,001.57 TOTAL
Transaction Date: 73u1.2015   14:26

ENDORSE CHECK HERE
X

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

596   MISC PAYMENT
XXXXXXXX8508   Bus. Date 6Aug.2015
75   1,002.00 CR
64067418 123421 2   1,002.00 TOTAL
Transaction Date: 6Aug.2015   13:02

38

## SUNTRUST

### Mortgage Substitute Payment Coupon

| Mortgage Loan Number | | Total Amount Paid | |
|---|---|---|---|
| **0036248508** | | **$** | **1,002.00** |

Client Name
**YURIY KOROTKOV**

| Prepared By | Date | Indicate type of payment (Select one payment type per coupon). | |
|---|---|---|---|
| **Samantha Allen** | **09/08/2015** | [ ] Additional Escrow Payment | $ |
| Telephone Number | Cost Center | [ ] Additional Principal Payment | $ |
| **(704) 289-8935** | **8000674** | [ ] Escrow Shortage | $ |
| | | [X] Regular Monthly Payment | $ 1,002.00 |
| | | [ ] Fees | $ |

---

**Customer Receipt**    "Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"





THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

 **SUNTRUST**

## Mortgage Substitute Payment Coupon

Mortgage Loan Number

**0036248508**

Total Amount Paid

**$       1,002.00**

Client Name

**YURIY KOROTKOV**

Prepared By

**Brittany Mcnally**

Telephone Number

| Date | Indicate type of payment (Select one payment type per coupon). |
|------|--------------------------------------------------------------|
| **10/05/2015** | [ ] Additional Escrow Payment          $ |
| Cost Center | [ ] Additional Principal Payment          $ |
| **8000674** | [ ] Escrow Shortage          $ |
|  | [X] Regular Monthly Payment          $ 1,002.00 |
|  | [ ] Fees          $ |

**Customer Receipt**

"Making a payment through a retail branch will result in a delay in processing. We cannot guarantee such payments will be processed within two business days. However, payments made at a retail branch will be credited effective as of the date received in the branch"





SUNTRUST MORTGAGE

SunTrust Mortgage, Inc.
P.O. Box 27767
Richmond, VA 2326
1-800-443-1032

PETITIONER'S
EXHIBIT
E

PRINCIPAL BALANCE 114899.00

September 18, 2014

Yuriy Korotkov
Irina Kortokov
3012 Twilight Ln
Monroe, NC 28110

RE: Mortgage Loan Number: 0036248508
    Property Address: 3012 Twilight Ln
                      Indian Trail NC 28079

Dear Client(s):

In accordance with applicable state law, this letter is to acknowledge
receipt of funds in the amount of $334.89 on 09/05/14 for the above
referenced loan. We are unable to apply these funds to your account
because the funds are not in accordance with an existing repayment
plan, are being held for a complete workout or are not enough to bring
the account current.

These funds will be held in suspense, or a holding account, until we
receive enough funds from you to make a full payment or to bring your
loan current.

To request the reinstatement amount needed to bring your loan current
or if you have any questions, please contact our Collections Department
at 800.443.1032, option 2. Our business hours are 8 a.m. to 10 p.m., ET,
Monday through Thursday, 8 a.m. to 8 p.m., ET, Friday and 8 a.m. to
to 3 p.m., ET, on Saturday.

Sincerely,

Collections Department

Enclosure(s): Disclosure(s)

LM651 L4H

920 85.
8 | 12    1002
855 223 4641
BANKER DEP

Deby.

Case 09-31457   Doc   Filed 12/04/14   Entered 12/04/14 09:31:12   Desc Mai
Document   Page 1 of 4

PETITIONER'S
EXHIBIT
E

# UNITED STATES BANKRUPTCY COURT

Western District of North Carolina

In re    YURIY KOROTKOV
_____
        Debtor

Case No.  09-31457

Chapter   13

Name of creditor:  SunTrust Mortgage, Inc.

Court claim no. (if known):  15

Last four digits of any number you
use to identify the debtor's account:        8508

## Creditor Statement of Amounts Required to Bring Loan Current

| A. Prepetition Arrearage Claim | | | |
|---|---|---|---|
| | Total | $ | 20100.6 |
| | Paid | $ | 20,100.60 |
| | Remaining | $ | 0.00 |

| B. Post- Petition Fees/Charges | | | |
|---|---|---|---|
| | Total | $ | 150.00 |
| | Paid | $ | 0.00 |
| | Remaining | $ | 150.00 |

**C. Post- Petition Installment Payments**
[Current monthly payment = $  1,001.97  ]

| | | |
|---|---|---|
| Last Payment Received | | 11/14/14 |
| Number of Payments Due | | 4 |
| Total Payments Due | $ | 4,007.88 |

Itemized Payments Due:   4  installments @ $ 1,001.97
                         ___  Installments @ $ ____
                         ___  Installments @ $ ____

Note:



Case 09-31457 Doc Filed 12/04/14 Entered 12/04/14 09:31:12 Desc Main
Document Page 2 of 4

**D. Total to Bring Loan Current**      $    <u>4,157.88</u>
(Combined Sections A, B and C)

☐ Consistent with Trustee/Debtor Notice
☑ Different from Trustee/Debtor Notice

---

## Part 2: Sign Here

The person completing this Statement must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /S/ Reiner Joaquin Fajardo        Date   12/02/2014
Signature

Print:    Reiner      Joaquin      Fajardo      Title   Bankruptcy Support Specialist
        First Name    Middle Name    Last Name

Company   SunTrust Mortgage, Inc.

Address   Bankruptcy Department RVW 3034, PO Box 27767
        Number Str    eet
        Richmond         VA    23261
        City S          State    ZIP Code

Contact phone ( 855 ) 223 – 4641        email: MortgageBankruptcy@suntrust.com



# SUNTRUST
## MORTGAGE

**SunTrust Mortgage, Inc.**
Post Office Box 26149
Richmond, VA 23260-6149
Toll Free 1.800.634.7928
www.suntrustmortgage.com



January 09, 2015

Yuriy Korotkov
Irina Kortokov
3012 Twilight Ln
Monroe, NC 28110

RE:  Mortgage Loan Number: 0036248508
     Property Address:  3012 Twilight Ln
                        Indian Trail NC 28079

Dear Client(s):

Thank you for your request for a copy of your mortgage loan payment history. Enclosed is an account activity statement or loan history for your records.

To learn more about our payment options, please log onto your online account at suntrust.com/mortgage and then select "Payment Options" at the top of the screen, under "Products".

If you have any questions, please contact our Client Services Department at 800.634.7928. Our business hours are 8 a.m. to 8 p.m., ET, Monday through Friday and 9 a.m. to 3 p.m., ET on Saturday.

Sincerely,

Client Services Department

Enclosure

CS065  WH1



(46)

CUSTOMER ACCOUNT ACTIVITY STATEMENT

DATE 01/09/15
PAGE   1

REQ BY WH1

DTRIY KOROTKOV
IRINA KORTOKOV
3012 TWILIGHT LN
MONROE          NC 28110

LOAN NUMBER: 0036248508
************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION -----------------------

| DATE PAYMENT DUE | TOTAL PAYMENT AMOUNT | PRINCIPAL & INTEREST PAYMENT | LOAN INTEREST RATE | CURRENT PRINCIPAL BALANCE | ESCROW BALANCE |
|---|---|---|---|---|---|
| 09-01-14 | 1,001.97 | 844.80 | 6.87500 | 114,257.45 | 200.86- |
| 2ND MORTGAGE: | | | 0.00  0.00000 | 0.00 | |

************************************************************************

ACTIVITY FOR PERIOD 01/01/13 - 01/09/15

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

-------------------------------------------------------------------------------

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | ----------OTHER------------ CODE/DESCRIPTION |
|---|---|---|---|---|---|

-------------------------------------------------------------------------------

12-31-14  00-00  631  PROPERTY PRESERVATION
    10.75       0.00       0.00      0.00
12-08-14  08-14  168  REPAY OF ESCROW ADVANCE
    0.00        0.00       0.00     157.17-    157.17   ADVANCE REFUND
12-08-14  08-14  173  PAYMENT                                        12-05-14
  1,002.00     189.12     655.68    157.17       0.03   SUSPENSE
            114,257.45               200.86-  NEW PRINCIPAL/ESCROW BALANCES
11-14-14  07-14  168  REPAY OF ESCROW ADVANCE
    0.00        0.00       0.00     157.17-    157.17   ADVANCE REFUND
11-14-14  07-14  173  PAYMENT                                        11-10-14
  1,002.00     188.04     656.76    157.17       0.03   SUSPENSE
            114,446.57               358.03-  NEW PRINCIPAL/ESCROW BALANCES
11-06-14  07-14  173  PAYMENT
    17.89       0.00       0.00      0.00      17.89   SUSPENSE
11-03-14  07-14  161  ESCROW ADVANCE
   515.20       0.00       0.00     515.20
11-03-14  12-14  313  CITY AND TOWN TAX
   344.47-      0.00       0.00     344.47-
                                    515.20-  NEW PRINCIPAL/ESCROW BALANCES
11-03-14  12-14  312  COUNTY TAX
  1,332.48-     0.00       0.00    1332.48-
                                    170.73-  NEW PRINCIPAL/ESCROW BALANCES
10-27-14  07-14  173  PAYMENT
    0.00        0.00       0.00      0.00     175.00 *
                                    175.00-  SUSPENSE



```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/15
REQ BY WH1                                                       PAGE    2


YURIY KOROTKOV
LOAN NUMBER: 0036248508


                    ACTIVITY FOR PERIOD 01/01/13 - 01/09/15
PROCESS   DUE    TRANSACTION         TRANSACTION            EFFECTIVE DATE
DATE      DATE   CODE                DESCRIPTION            OF TRANSACTION
------------------------------------------------------------------------

  TRANSACTION  PRIN. PAID/       ESCROW PAID/ ------------OTHER-------------
   AMOUNT      BALANCE   INTEREST  BALANCE   AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------
10-27-14  00-00  745  CORP. ADVANCE ADJUSTMENT
     175.00-      0.00      0.00     0.00
10-24-14  07-14  173  PAYMENT
        0.00      0.00      0.00     0.00     400.00 *
                                             400.00-  SUSPENSE

10-24-14  00-00  745  CORP. ADVANCE ADJUSTMENT
     400.00-      0.00      0.00     0.00
10-24-14  07-14  173  PAYMENT
        0.00      0.00      0.00     0.00     150.00 *
                                             150.00-  SUSPENSE

10-16-14  07-14  173  PAYMENT
        0.00      0.00      0.00     0.00     450.00 *
                                             450.00-  SUSPENSE

10-16-14  00-00  745  CORP. ADVANCE ADJUSTMENT
     450.00-      0.00      0.00     0.00
10-08-14  06-14  173  PAYMENT                                   10-02-14
   1,002.00     186.97    657.83   157.17      0.03   SUSPENSE
              114,634.61          1161.75   NEW PRINCIPAL/ESCROW BALANCES
10-07-14  06-14  173  PAYMENT
     341.46       0.00      0.00     0.00     341.46  SUSPENSE
10-06-14  00-00  633  MISC. F/C AND B/R EXPENSES
      150.00      0.00      0.00     0.00
10-01-14  05-14  173  PAYMENT
        0.00     185.90    658.90   143.42     988.22-  SUSPENSE
              114,821.58          1004.58   NEW PRINCIPAL/ESCROW BALANCES
09-30-14  05-14  173  PAYMENT                                   09-26-14
      81.12       0.00      0.00     0.00      81.12   SUSPENSE
09-25-14  00-00  633  MISC. F/C AND B/R EXPENSES
       90.00      0.00      0.00     0.00
09-11-14  05-14  173  PAYMENT
        0.00      0.00      0.00     0.00     176.00 *
                                             176.00-  SUSPENSE

09-11-14  00-00  745  CORP. ADVANCE ADJUSTMENT
      176.00-     0.00      0.00     0.00
```

Trustee



```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/15
REQ BY WH1                                                       PAGE    3


YURIY KOROTKOV
LOAN NUMBER: 0036248508

            ACTIVITY FOR PERIOD 01/01/13 - 01/09/15
PROCESS    DUE     TRANSACTION      TRANSACTION                EFFECTIVE DATE
DATE       DATE    CODE             DESCRIPTION                OF TRANSACTION
-----------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/      ESCROW PAID/ -----------OTHER-------------
   AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT   CODE/DESCRIPTION
-----------------------------------------------------------------------------
09-05-14  05-14  173  PAYMENT
     334.89       0.00       0.00       0.00     334.89   SUSPENSE
08-28-14  04-14  173  PAYMENT
        0.00     184.84     659.96     143.42     988.22-  SUSPENSE
              115,007.48               861.16   NEW PRINCIPAL/ESCROW BALANCES
08-22-14  04-14  173  PAYMENT                                      08-21-14
     544.73       0.00       0.00       0.00     544.73   SUSPENSE
08-19-14  09-14  351  HAZARD INSURANCE
     402.00-      0.00       0.00     402.00-
                                      717.74   NEW PRINCIPAL/ESCROW BALANCES

08-08-14  04-14  173  PAYMENT
     340.68       0.00       0.00       0.00     340.68   SUSPENSE
07-30-14  03-14  173  PAYMENT
        0.00     183.79     661.01     143.42     988.22-  SUSPENSE
              115,192.32              1119.74   NEW PRINCIPAL/ESCROW BALANCES
07-25-14  03-14  173  PAYMENT                                      07-24-14
   1,002.00       0.00       0.00       0.00   1,002.00   SUSPENSE
07-16-14  02-14  173  PAYMENT
        0.00     182.74     662.06     143.42     988.22-  SUSPENSE
              115,376.11               976.32   NEW PRINCIPAL/ESCROW BALANCES
07-07-14  02-14  173  PAYMENT                                      07-03-14
   1,002.00       0.00       0.00       0.00   1,002.00   SUSPENSE
06-30-14  02-14  173  PAYMENT
     339.42       0.00       0.00       0.00     339.42   SUSPENSE
06-11-14  01-14  173  PAYMENT                                      05-30-14
        0.00     181.70     663.10     143.42     988.22-  SUSPENSE
              115,558.85               832.90   NEW PRINCIPAL/ESCROW BALANCES
06-06-14  01-14  173  PAYMENT
     339.89       0.00       0.00       0.00     339.89   SUSPENSE
06-03-14  12-13  173  PAYMENT                                      05-29-14
   1,002.00     180.67     664.13     143.42      13.78   SUSPENSE
              115,740.55               689.48   NEW PRINCIPAL/ESCROW BALANCES
05-07-14  12-13  173  PAYMENT
     365.04       0.00       0.00       0.00     365.04   SUSPENSE
04-14-14  11-13  173  PAYMENT                                      04-11-14
     988.22     179.64     665.16     143.42
              115,921.22               546.06   NEW PRINCIPAL/ESCROW BALANCES
```

(49)

REQ BY WH1

DATE 01/09/15
PAGE    4

YURIY KOROTKOV
LOAN NUMBER: 0036248508

ACTIVITY FOR PERIOD 01/01/13 - 01/09/15

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | ------OTHER------ CODE/DESCRIPTION |
| 04-08-14 | 11-13 | 173 | PAYMENT | | |
| 367.49 | 0.00 | 0.00 | 0.00 | 367.49 | SUSPENSE |
| 03-26-14 | 10-13 | 173 | PAYMENT | | |
| 988.22 | 178.62 | 666.18 | 143.42 | | 03-24-14 |
| | 116,100.86 | | 402.64 | NEW PRINCIPAL/ESCROW BALANCES | |
| 03-19-14 | 10-13 | 173 | PAYMENT | | |
| 0.00 | 0.00 | 0.00 | 0.00 | | |
| 03-12-14 | 10-13 | 173 | PAYMENT | | |
| 368.06 | 0.00 | 0.00 | 0.00 | 368.06 | SUSPENSE |
| 02-21-14 | 09-13 | 173 | PAYMENT | | |
| 988.22 | 177.60 | 667.20 | 143.42 | | 02-18-14 |
| | 116,279.48 | | 259.22 | NEW PRINCIPAL/ESCROW BALANCES | |
| 02-05-14 | 09-13 | 173 | PAYMENT | | |
| 361.78 | 0.00 | 0.00 | 0.00 | 361.78 | SUSPENSE |
| 01-16-14 | 08-13 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 27.62- | 27.62 | ADVANCE REFUND |
| 01-16-14 | 08-13 | 173 | PAYMENT | | |
| 988.22 | 176.59 | 668.21 | 143.42 | | 01-14-14 |
| | 116,457.08 | | 115.80 | NEW PRINCIPAL/ESCROW BALANCES | |
| 12-11-13 | 08-13 | 173 | PAYMENT | | |
| 363.43 | 0.00 | 0.00 | 0.00 | 363.43 | SUSPENSE |
| 12-09-13 | 07-13 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 143.42- | 143.42 | ADVANCE REFUND |
| 12-09-13 | 07-13 | 173 | PAYMENT | | |
| 988.22 | 175.58 | 669.22 | 143.42 | | 12-06-13 |
| | 116,633.67 | | 27.62- | NEW PRINCIPAL/ESCROW BALANCES | |
| 11-19-13 | 06-13 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 143.42- | 143.42 | ADVANCE REFUND |
| 11-19-13 | 06-13 | 173 | PAYMENT | | |
| 0.00 | 174.58 | 670.22 | 143.42 | 988.22-1 | SUSPENSE |
| | 116,809.25 | | 171.04- | NEW PRINCIPAL/ESCROW BALANCES | |
| 11-14-13 | 06-13 | 173 | PAYMENT | | |
| 367.78 | 0.00 | 0.00 | 0.00 | 367.78 | SUSPENSE |
| 11-13-13 | 05-13 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 143.42- | 143.42 | ADVANCE REFUND |
| 11-13-13 | 05-13 | 173 | PAYMENT | | |
| 988.22 | 173.59 | 671.21 | 143.42 | | 11-08-13 |
| | 116,983.83 | | 314.46- | NEW PRINCIPAL/ESCROW BALANCES | |

(50)

```
              CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/15
REQ BY WH1                                                 PAGE   5


YURIY KOROTKOV
LOAN NUMBER: 0036248508

            ACTIVITY FOR PERIOD 01/01/13 - 01/09/15
PROCESS   DUE    TRANSACTION           TRANSACTION            EFFECTIVE DATE
DATE      DATE   CODE                  DESCRIPTION            OF TRANSACTION
-------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/        ESCROW PAID/ -----------OTHER-------------
   AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
11-12-13  05-13  161  ESCROW ADVANCE
     457.88      0.00      0.00     457.88
11-12-13  11-13  312  COUNTY TAX
   1,158.51-     0.00      0.00    1158.51-
                                    457.88-  NEW PRINCIPAL/ESCROW BALANCES
11-08-13  11-13  313  CITY AND TOWN TAX
     344.47-     0.00      0.00     344.47-
                                    700.63   NEW PRINCIPAL/ESCROW BALANCES
10-15-13  04-13  173  PAYMENT                                  10-11-13
     988.22    172.60    672.20     143.42
             117,157.42           1045.10   NEW PRINCIPAL/ESCROW BALANCES
10-15-13  04-13  173  PAYMENT
     359.92      0.00      0.00       0.00   359.92   SUSPENSE
09-13-13  03-13  173  PAYMENT                                  09-12-13
     988.22    171.61    673.19     143.42
             117,330.02            901.68   NEW PRINCIPAL/ESCROW BALANCES
08-29-13  09-13  351  HAZARD INSURANCE
     383.00-     0.00      0.00     383.00-
                                    758.26   NEW PRINCIPAL/ESCROW BALANCES
08-20-13  00-00  630  ATTORNEY ADVANCES
      75.00      0.00      0.00       0.00
08-19-13  02-13  173  PAYMENT                                  08-16-13
     988.22    170.64    674.16     143.42
             117,501.63           1141.26   NEW PRINCIPAL/ESCROW BALANCES
08-12-13  01-13  173  PAYMENT
       0.00    169.66    675.14     143.42
             117,672.27            997.84   NEW PRINCIPAL/ESCROW BALANCES
08-12-13  12-12  173  PAYMENT
       0.00    168.70    676.10     225.52   2,058.54-1 SUSPENSE
             117,841.93            854.42   NEW PRINCIPAL/ESCROW BALANCES
08-07-13  12-12  173  PAYMENT
     734.24      0.00      0.00       0.00   734.24   SUSPENSE
07-18-13  00-00  630  ATTORNEY ADVANCES
     300.00      0.00      0.00       0.00
07-10-13  11-12  173  PAYMENT                                  07-09-13
     988.22    167.74    677.06     143.42
             118,010.63            628.90   NEW PRINCIPAL/ESCROW BALANCES
```

Trustee



CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/15
REQ BY WH1                                                              PAGE    6


YURIY KOROTKOV
LOAN NUMBER: 0036248508

                       ACTIVITY FOR PERIOD 01/01/13 - 01/09/15
PROCESS    DUE    TRANSACTION          TRANSACTION                    EFFECTIVE DATE
DATE      DATE   CODE                  DESCRIPTION                    OF TRANSACTION
------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/         ESCROW PAID/ -----------OTHER------------
   AMOUNT      BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------
06-07-13  10-12  173  PAYMENT                                          06-06-13
     988.22     166.78    678.02    143.42
             118,178.37              485.48   NEW PRINCIPAL/ESCROW BALANCES
06-05-13  10-12  173  PAYMENT
     734.31       0.00      0.00      0.00    734.31   SUSPENSE
05-13-13  09-12  173  PAYMENT                                          05-10-13
     988.22     165.83    678.97    143.42
             118,345.15              342.06   NEW PRINCIPAL/ESCROW BALANCES
04-08-13  08-12  173  PAYMENT                                          04-05-13
     988.22     164.89    679.91    143.42
             118,510.98              198.64   NEW PRINCIPAL/ESCROW BALANCES
04-04-13  08-12  173  PAYMENT
       0.00       0.00      0.00      0.00
04-03-13  08-12  173  PAYMENT
     366.95       0.00      0.00      0.00    366.95   SUSPENSE
03-11-13  08-12  173  PAYMENT
     366.74       0.00      0.00      0.00    366.74   SUSPENSE
03-04-13  07-12  168  REPAY OF ESCROW ADVANCE
       0.00       0.00      0.00     88.20-    88.20   ADVANCE REFUND
03-04-13  07-12  173  PAYMENT                                          03-01-13
     988.22     163.95    680.85    143.42
             118,675.87               55.22   NEW PRINCIPAL/ESCROW BALANCES
03-01-13  06-12  168  REPAY OF ESCROW ADVANCE
       0.00       0.00      0.00    184.47-   184.47   ADVANCE REFUND
03-01-13  06-12  173  PAYMENT
       0.00     163.01    681.79    184.47  1,029.27-1 SUSPENSE
             118,839.82               88.20-  NEW PRINCIPAL/ESCROW BALANCES
02-13-13  06-12  173  PAYMENT
     369.16       0.00      0.00      0.00    369.16   SUSPENSE
02-04-13  05-12  168  REPAY OF ESCROW ADVANCE
       0.00       0.00      0.00    143.42-   143.42   ADVANCE REFUND
02-04-13  05-12  173  PAYMENT                                          02-01-13
     988.22     162.08    682.72    143.42
             119,002.83              272.67-  NEW PRINCIPAL/ESCROW BALANCES
01-09-13  05-12  173  PAYMENT
     369.71       0.00      0.00      0.00    369.71   SUSPENSE

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/15
REQ BY WH1                                                           PAGE    7


YURIY KOROTKOV
LOAN NUMBER: 0036248508

                        ACTIVITY FOR PERIOD 01/01/13 - 01/09/15
PROCESS    DUE    TRANSACTION              TRANSACTION              EFFECTIVE DATE
 DATE     DATE    CODE                     DESCRIPTION              OF TRANSACTION
-------------------------------------------------------------------------------
 TRANSACTION  PRIN. PAID/          ESCROW PAID/ -----------OTHER-------------
   AMOUNT       BALANCE     INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
01-03-13  04-12  168  REPAY CF ESCROW ADVANCE
      0.00       0.00       0.00   143.42-   143.42   ADVANCE REFUND
01-03-13  04-12  173  PAYMENT                                         01-02-13
    988.22     161.16     683.64   143.42
             119,164.91             416.09-  NEW PRINCIPAL/ESCROW BALANCES
01-02-13  04-12  132  LATE CHARGE ADJUSTMENT
      0.00       0.00       0.00     0.00    33.79 1 LATE CHGS
```

SunTrust Mortgage Inc.
P.O. Box 27767
Richmond, VA 23261-7767



**SUNTRUST**
MORTGAGE

July 13, 2015

Blumberg No. 5108
PETITIONER'S
EXHIBIT
H

000054/CK029/942

YURIY KOROTKOV
IRINA KORTOKOV
3012 TWILIGHT LN
MONROE, NC 28110

RE:   Mortgage Loan Number: 0036248508
       Property Address: 3012 Twilight Ln
                         Indian Trail NC 28079

Dear Client(s):

This letter confirms that your account was assessed a charge (as permitted
by the terms of your mortgage loan transaction documentation or as
otherwise agreed to by you).Additional information regarding the charge
is provided below.

07/09/2015    $ 393.75    Foreclosure Attorney Fees  --  DROCK Scott
07/09/2015    $ 300.00    Title Search

                                            910 3924988

If you have any questions, please contact our Collections Department at
800.443.1032, option 2. Our business hours are 8 a.m. to 10 p.m., ET,
Monday through Thursday, 8 a.m. to 8 p.m., ET, Friday and 9 a.m. to
3 p.m., ET, on Saturday.

Sincerely,

Collections Department          855223 4641

Enclosure: Disclosure(s)

CK029 LTI

Koh
RobiNSON

(54)

SunTrust Mortgage Inc.
P.O. Box 27767
Richmond, VA 23261-7767

**SUNTRUST**
MORTGAGE

August 10, 2015

000042/CK029/942

YURIY KOROTKOV
IRINA KORTOKOV
3012 TWILIGHT LN
MONROE, NC 28110

RE:   Mortgage Loan Number: 0036248508
      Property Address: 3012 Twilight Ln
                        Indian Trail NC 28079

Dear Client(s):

This letter confirms that your account was assessed a charge (as permitted
by the terms of your mortgage loan transaction documentation or as
otherwise agreed to by you).Additional information regarding the charge
is provided below.

08/07/2015   $  10.75   Property Inspection

If you have any questions, please contact our Collections Department at
800.443.1032, option 2. Our business hours are 8 a.m. to 10 p.m., ET,
Monday through Thursday, 8 a.m. to 8 p.m., ET, Friday and 9 a.m. to
3 p.m., ET, on Saturday.

Sincerely,

Collections Department

Enclosure: Disclosure(s)

CK029 NYF