

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 09−31457
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Yurii Korotkov | Iryna Pavlovna Korotkov |
|   fdba Grey Goose LLC |   aka Iryna Korotkova |
| 3012 Twilight Lane | 3012 Twilight Lane |
| Monroe, NC 28110 | Monroe, NC 28110 |
| Social Security No.: xxx−xx−8440 | Social Security No.: xxx−xx−9624 |

# ORDER CLOSING REOPENED CASE

The Court having reviewed the record in this matter and it appearing that the above−named Chapter 13 case, having been reopened on October 30, 2015 is now ready to be closed.

**BASED UPON THE FOREGOING, IT IS HEREBY ORDERED** that the above−named case be CLOSED.

Dated: March 28, 2016               BY THE COURT

 

                                                Laura T. Beyer
                                                United States Bankruptcy Judge

Electronically filed and signed (3/28/16)