United States Bankruptcy Court
Western District of North Carolina

In re:                                                                Case No. 09-31457-ltb
Yurii Korotkov                                                        Chapter 13
Iryna Pavlovna Korotkov
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0419-3          User: howeyc           Page 1 of 1          Date Rcvd: Mar 28, 2016
                              Form ID: 246           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2016.
db/db         +Yurii Korotkov,    Iryna Pavlovna Korotkov,    3012 Twilight Lane,    Monroe, NC 28110-6109
cr            +BMW Financial Services NA, LLC,    C/O Hale, Dewey, & Knight, PLLC,    88 Union Avenue Suite 700,
                Memphis, TN 38103-5128
cr             SunTrust Mortgage Inc.,,   1578 N. E. Expressway,    Atlanta, GA   30329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: hsbbkydept@hutchensandsenter.com Mar 28 2016 18:35:58      SunTrust Mortgage, Inc.,
                c/o Joseph J. Vonnegut,    4317 Ramsey Street,   P.O. Box 2505,    Fayetteville, NC 28302-2505
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            WLTadlock1
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2016 at the address(es) listed below:
              Jacob C. Zweig    on behalf of Creditor    BMW Financial Services NA, LLC jzweig@evanspetree.com,
               crecord@evanspetree.com
              Joseph J. Vonnegut    on behalf of Defendant    SunTrust Mortgage, Inc. bkymail@hskplaw.com,
               troy.staley@ecf.inforuptcy.com
              Joseph J. Vonnegut    on behalf of Creditor    SunTrust Mortgage Inc., bkymail@hskplaw.com,
               troy.staley@ecf.inforuptcy.com
              Joseph J. Vonnegut    on behalf of Creditor    SunTrust Mortgage, Inc. bkymail@hskplaw.com,
               troy.staley@ecf.inforuptcy.com
              Mark Allan Baker    on behalf of Creditor    SunTrust Mortgage Inc., mark@markabakerlaw.com
              Matthew H. Crow    on behalf of Creditor    SunTrust Mortgage, Inc. matthewcrow@crowlawfirm.com,
               crowlawfirm@gmail.com,ecfonlycrowlaw@gmail.com,tarcrows@gmail.com,crowlawoffice@carolina.rr.com
              Matthew H. Crow    on behalf of Debtor Iryna Pavlovna Korotkov matthewcrow@crowlawfirm.com,
               crowlawfirm@gmail.com,ecfonlycrowlaw@gmail.com,tarcrows@gmail.com,crowlawoffice@carolina.rr.com
              Matthew H. Crow    on behalf of Plaintiff Yurii  Korotkov matthewcrow@crowlawfirm.com,
               crowlawfirm@gmail.com,ecfonlycrowlaw@gmail.com,tarcrows@gmail.com,crowlawoffice@carolina.rr.com
              Matthew H. Crow    on behalf of Debtor Yurii  Korotkov matthewcrow@crowlawfirm.com,
               crowlawfirm@gmail.com,ecfonlycrowlaw@gmail.com,tarcrows@gmail.com,crowlawoffice@carolina.rr.com
              Matthew H. Crow    on behalf of Plaintiff Iryna Pavlovna Korotkov matthewcrow@crowlawfirm.com,
               crowlawfirm@gmail.com,ecfonlycrowlaw@gmail.com,tarcrows@gmail.com,crowlawoffice@carolina.rr.com
              Stephen Troy Staley    on behalf of Creditor    SunTrust Mortgage, Inc. bkymail@hskplaw.com,
               troy.staley@ecf.inforuptcy.com
              Warren L. Tadlock    wtadlock@ch13clt.com
              Warren L. Tadlock    on behalf of Trustee Warren L. Tadlock wtadlock@ch13clt.com
                                                                                               TOTAL: 13



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 09−31457
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Yurii Korotkov | Iryna Pavlovna Korotkov |
| fdba Grey Goose LLC | aka Iryna Korotkova |
| 3012 Twilight Lane | 3012 Twilight Lane |
| Monroe, NC 28110 | Monroe, NC 28110 |
| Social Security No.: xxx−xx−8440 | Social Security No.: xxx−xx−9624 |

# ORDER CLOSING REOPENED CASE

The Court having reviewed the record in this matter and it appearing that the above−named Chapter 13 case, having been reopened on October 30, 2015 is now ready to be closed.

**BASED UPON THE FOREGOING, IT IS HEREBY ORDERED** that the above−named case be CLOSED.

Dated: March 28, 2016                              BY THE COURT

                                                   Laura T. Beyer
                                                   United States Bankruptcy Judge

Electronically filed and signed (3/28/16)